FILED

ORIGINAL

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
LINDA A. KONTOS, AUSA
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER, AUSA
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7155
    Fax: (213) 894-2380
    Email: abraham.meltzer@usdoj.gov
Attorneys for the
United States of America

2016 JUL -5 PM 4:49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiffs,<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 13-3772 DMG (MANx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
LINDA A. KONTOS, AUSA
Deputy Chief, Civil Fraud Section
ABRAHAM MELTZER, AUSA
California State Bar No. 162659
  Room 7516, Federal Building
  300 N. Los Angeles Street
  Los Angeles, California 90012
  Tel: (213) 894-7155
  Fax: (213) 894-2380
  Email: abraham.meltzer@usdoj.gov
Attorneys for the
United States of America

FILED
2016 JUL -5 PM 4:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* BOBBETTE SMITH AND SUSAN ROGERS,<br><br>Plaintiffs,<br><br>v.<br><br>RETINA INSTITUTE OF CALIFORNIA MEDICAL GROUP, *et al.*,<br><br>Defendants. | No. CV 13-3772 DMG (MANx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

**ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") notifies the Court of its decision not to intervene in the above-captioned action ("this action").

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the *qui tam* plaintiffs Bobbette Smith and Susan Rogers ("relators") to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court in this action be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause,

1 at a later date, and to seek the dismissal of this action or any
2 claims therein. The United States also requests that it be served
3 with all notices of appeal in this action.

    A proposed Order is lodged concurrently herewith.

Respectfully submitted,

Dated: July 5, 2016

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
LINDA A. KONTOS, AUSA
Deputy Chief, Civil Fraud Section

_____
ABRAHAM MELTZER, AUSA
Attorneys for the United States
Of America

2

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **July 5, 2016**, I served

**NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: **July 5, 2016**. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to whom mailed:**

**SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 5, 2016**, at Los Angeles, California

_____
ZENAIDA ROSACIA

**SERVICE LIST**

Daniel R. Miller, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103


David B. Zlotnik
Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
California Department of Justice
1455 Frazee Road, Ste. 315
San Diego, CA 92108