UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-3772-DMG (MANx) | Date | August 5, 2016 |

| | |
|---|---|
| Title | United States of America, et al. v. Tom S. Chang, et al. |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

The Parties are advised that the Court intends to unseal the case file. The Court orders the Government to show cause in writing on or before **August 12, 2016** why the Court should not order the *in camera* filings by the government be unsealed and filed publicly.

The follow are the documents:

(1) Doc. # 8 filed on July 31, 2016;
(2) Doc. # 22 filed on November 21, 2014;
(3) Doc. # 26 filed on March 25, 2015;
(4) Doc. # 29 filed on July 23, 2015; and
(5) Doc. # 32 filed on December 2, 2015.

IT IS SO ORDERED.