1  Kolin C. Tang (SBN 279834)
   Shepherd, Finkelman, Miller & Shah, LLP
2  11755 Wilshire Boulevard, 15th Floor
   Los Angeles, CA 90025
3  Phone: (323) 510-4060
   Fax: (866) 300-7367
4  Email: ktang@sfmslaw.com

5  Attorneys for Plaintiffs-Relators

6  [Additional Counsel Listed On Signature Page]

7

## IN THE UNITED STATES DISTRICT COURT

8

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORINA, *ex rel* BOBBETTE A. SMITH and SUSAN C. ROGERS, | ) ) ) ) ) |
| Plaintiffs-Relators, | ) ) |
| vs. | ) ) ) |
| TOM S. CHANG, M.D., TOM S. CHANG, M.D., INC., MICHAEL A. SAMUEL, M.D., MICHAEL J. DAVIS, M.D., RETINA INSTITUTE OF CALIFORNIA MEDICAL GROUP, CALIFORNIA EYE AND EAR SPECIALISTS, a/k/a OCULAR INSTITUTE OF CALIFORNIA, BRETT BRAUN and SAN GABRIEL AMBULATORY SURGERY CENTER LP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

CIVIL ACTION NO.:
2:13-cv-3772-DMG (MRWx)

(Assigned to the Honorable
Dolly M. Gee)

**DECLARATION OF KOLIN
C. TANG IN SUPPORT OF
PLAINTIFFS-RELATORS'
MEMORANDUM OF POINTS
AND AUTHORITIES IN
OPPOSITION TO
DEFENDANTS' MOTION
TO DISMISS THE SECOND
AMENDED COMPLAINT**

Date:      March 17, 2017
Time:      9:30 a.m.
Place:     Courtroom 8C, 8th Floor

CIVIL ACTION NO.:
2:13-cv-3772-DMG (MRWx)

TANG DECL. ISO OPP.
TO MOTION TO DISMISS

1    I, Kolin C. Tang, declare that the following is true and correct:

2    1.    I am an associate at Shepherd Finkelman Miller & Shah, LLP and am

3    one of the attorneys representing Plaintiffs-Relators, Bobbette A. Smith and Susan

4    C. Rogers, in the above-captioned matter.  I am a member of the bar of the State of

5    California.

6    2.    I have personal knowledge of the facts set forth herein and, if called as

7    a witness, could testify competently as to those matters stated in this Declaration.  I

8    respectfully submit this Declaration in Support of Plaintiffs-Relators' Opposition

9    to Defendants' Motion to Dismiss The Second Amended Complaint.

10    3.    Attached as Exhibit "A" to this Declaration is a true and correct copy

11    of the Report on Medicare Compliance, Vol. 25, No. 39.

12    4.    Attached as Exhibit "B" to this Declaration is a true and correct copy

13    of the United States of America's Complaint-In-Intervention in *United States v.*

14    *Hudson Valley Hematology-Oncology Associates, RLLP, et al.*, 14-CV-2653

15    (S.D.N.Y.).

16    I declare under penalty of perjury under the laws of the State of California

17    and the United States of America that the foregoing is true and correct.

18                          Executed on February 24, 2017
                            at San Diego, California
19

20                          /s/ Kolin C. Tang

21

22

23

24

25

26

27

28    CIVIL ACTION NO.:                    TANG DECL. ISO OPP.
      2:13-cv-3772-DMG (MRWx)        -i-    TO MOTION TO DISMISS