Mark Hardiman (SBN 136602)
Salvatore Zimmitti (SBN 245678)
Jonathan Radke (SBN 257324)
**NELSON HARDIMAN LLP**
11835 West Olympic Boulevard, Suite 900
Los Angeles, CA 90064
Telephone:    (310) 203-2800
Facsimile:     (310) 203-2727
mhardiman@nelsonhardiman.com
szimmitti@nelsonhardiman.com
jradke@nelsonhardiman.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORINA, *ex rel* BOBBETTE A. SMITH and SUSAN C. ROGERS,<br><br>Plaintiffs,<br><br>v.<br><br>TOM S. CHANG, M.D., TOM S. CHANG, M.D., INC., MICHAEL A. SAMUEL, M.D., MICHAEL J. DAVIS, M.D., RETINA INSTITUTE OF CALIFORNIA MEDICAL GROUP, CALIFORNIA EYE AND EAR SPECIALISTS, BRETT BRAUN and SAN GABRIEL AMBULATORY SURGERY CENTER LP,<br><br>Defendants. | Case No.: 2:13-cv-3772-DMG (MRWx)<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT; DECLARATION OF SALVATORE ZIMMITTI**<br><br>**[Filed concurrently with Defendants' Notice of Motion and Motion to Dismiss Third Amended Complaint]**<br><br>DATE:  October 6, 2017<br>TIME:   9:30 a.m.<br>CTRM: 8C |

**TO PLAINTIFF UNITED STATES, RELATOR, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Evidence 201, Defendants Tom S. Chang, M.D., Inc., Michael A. Samuel, M.D., Michael J. Davis, M.D., Brett Braun, Retina Institute of California Medical Group, California Eye and Ear Specialists, and San Gabriel Ambulatory Surgery Center LP, by and through their attorneys, hereby

request that this Court take Judicial Notice of the following matters attached to the Declaration of Salvatore J. Zimmitti ("Zimmitti Decl.") in support of their Motion to Dismiss Third Amended Complaint:

- A true and correct copy of the Retired Local Coverage Determination issued by the Medicare contractor Noridian Healthcare Solutions, LLC for Ophthalmic Angiography (Fluorescein and Indocyanine Green) (L33327).

- A true and correct copy of the notice retiring Local Coverage Determination issued by the Medicare contractor Noridian Healthcare Solutions, LLC for Ophthalmic Angiography (Fluorescein and Indocyanine Green), effective May 13, 2016.

- A true and correct copy of the Local Coverage Determination issued by the Medicare contractor CGS Administrators, LLC for Ophthalmic Angiography (Fluorescein and Indocyanine Green) (L34175).

- A true and correct copy of the Local Coverage Determination issued by the Medicare contractor National Government Services, Inc. for Ophthalmic Angiography (Fluorescein and Indocyanine Green) (L25347).

Dated:  September 5, 2017          Respectfully submitted,

                                  NELSON HARDIMAN LLP


                                  By: */s/ Mark Hardiman*
                                      Mark Hardiman

                                      Attorneys for Defendants

NELSON HARDIMAN LLP
11835 WEST OLYMPIC BOULEVARD, SUITE 900
LOS ANGELES, CALIFORNIA 90064

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    ARGUMENT**

    **A.    The Court May Take Judicial Notice of Matters Outside the Pleadings on a Motion to Dismiss.**

       Pursuant to Federal Rule of Evidence 201, this Court may take judicial notice of a fact that is not subject to reasonable dispute. *See* Fed. R. Evid. 201. This includes matters that are generally known or matters that can be accurately and readily determined from sources whose accuracy cannot be reasonably be questioned. *See id*. The Court must take judicial notice if a party requests it and the Court is supplied with the necessary information. *See id*. On a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), the court may take judicial notice of material beyond the pleadings. *See Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001).

    **A.    The Court May Judicially Notice Local Coverage Determinations.**

       A court may properly take judicial notice of matters in the public record. *See U.S. ex rel. Fryberger v. Kiewit Pacific Company, Inc*., 2013 WL 5770514 *3 (N.D. Cal. 2013); *Castillo-Villagra v. INS*, 972 F.2d 1017, 1026 (9th Cir. 1992). A matter of public record may include records and reports of administrative bodies. *See Abdullah v. U.S. Security Associates, Inc*., 731 F.3d 952, 959 fn. 10 (9th Cir. 2013). This includes Medicare contractor local coverage determinations ("LCDs"). *See U.S., ex rel. Modglin v. DJO Global Inc.*, 114 F.Supp.3d 993, 1002 n.36  (C.D. Cal. 2015) (on motion to dismiss FCA complaint, taking judicial notice of LCD); *U.S ex rel. Groat v. Boston Heart Diagnostics Corp*., 2017 WL 2533341 *6 fn. 7 (D.D.C. June 9, 2017) (same).

       Under the Medicare program, LCDs are issued by Medicare Administrative Contractors ("MACs").[1] An LCD is a decision by a MAC about whether to cover a

---

[1] *See* Medicare Program Integrity Manual ("MPIM), Chapter 13-Local Coverage Determinations.

NELSON HARDIMAN LLP
11835 WEST OLYMPIC BOULEVARD, SUITE 900
LOS ANGELES, CALIFORNIA 90064

NELSON HARDIMAN LLP
11835 WEST OLYMPIC BOULEVARD, SUITE 900
LOS ANGELES, CALIFORNIA 90064

particular item or service as medically reasonable and necessary under Section 1862(a)(1)(A) of the Medicare Act.[2]  As described by CMS:

> LCDs specify under what clinical circumstances an item or service is considered to be reasonable and necessary. They are administrative and educational tools to assist providers in submitting correct claims for payment. Contractors publish LCDs to provide guidance to the public and medical community within their jurisdictions. Contractors develop LCDs by considering medical literature, the advice of local medical societies and medical consultants, public comments, and comments from the provider community.[3]

An LCD's description of the circumstances under which the item or service is reasonable and necessary reflects the MAC's determination that the item or service is safe and effective, not experimental or investigational, and appropriate in terms of specified duration or frequency to treat or diagnose the patient's medical condition.[4]  In issuing an LCD, the MAC is required to consider, in order of preference, (a) published authoritative evidence derived from definitive randomized clinical trials or other definitive studies, and (b) general acceptance by the medical community (standard of practice), as supported by sound medical evidence based on scientific data or research studies published in peer-reviewed medical journals, consensus of expert medical opinion (i.e., recognized authorities in the field); or medical opinion derived from consultations with medical associations or other health care experts.[5] Annually, a MAC is required to review each LCD to ensure that it is accurate and up- to-date at all times.[6]

//

//

---

[2] MPIM, Ch. 13, § 13.1.3.

[3] MPIM, Ch. 13, § 13.1.3.

[4] MPIM, Ch. 13, § 13.1.5.

[5] MPIM, Ch. 13, § 13.7.1.

[6] MPIM, Ch. 13, § 13.4.

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS TAC**

NELSON HARDIMAN LLP

11835 WEST OLYMPIC BOULEVARD, SUITE 900
LOS ANGELES, CALIFORNIA 90064

**B.**   **The LCDs Are Relevant to Defendants' Motion to Dismiss Relators' FCA Claim Based On Medicare Claims for ICGs That Were Allegedly Medically Unnecessary or Worthless for the Evaluation and Treatment of AMD.**

The LCDs sought to be judicially noticed here (Exhibits A-D) attached to the Declaration of Salvatore J. Zimmitti submitted herewith ("Zimmitti Decl.") are highly relevant to an analysis of the sufficiency of Relators' allegations concerning Defendants' use of Indocyanine Green angiographies ("ICG").

Contrary to Relators' categorical conclusions that ICGs are supposedly "worthless" and "provide[] no medically necessary data for the AMD treatment method" (TAC ¶ 135), each of the LCDs attached identify ICG as a "valuable diagnostic adjunct to fluorescein angiography in the evaluation of … Retinal neovascularization[,] Choroid neovascularization[,] Serous detachment of retinal pigment epithelium[,] Hemorrhagic detachment of retinal pigment epithelium[,] [and] Retinal hemorrhage." *See* Exs. A, C & D.  Specifically, under "Indications and Limitations of Coverage and/or Medical Necessity" each of the LCDs states:

> Indocyanine green angiography (ICG) is effective in the diagnosis and treatment of ill-defined choroidal neovascularization (e.g., associated with age related macular degeneration). It is also useful in the evaluation of feeder vessels, choroidal leakages in the late phase, and ruptures of the pigment epithelium.  *Id.*

In addition, contrary to Relators' allegation that ICGs may be appropriate in only "rare circumstances," the LCDs "Utilization Guidelines" indicate that ICGs may be billed up to nine (9) times per eye in a 365 day period. *See* Exs. A, C & D. "Claims exceeding this frequency will be suspended and reviewed for medical necessity." *Id.*[7] Notably, nowhere do Relators allege that Defendants routinely – *or*

---

[7] LCD Number L33327 (Ex. A to Zimmitti Decl.) was "retired" effective May 13, 2016. However, "[r]etirement does not mean that medical necessity has changed or that the LCD no longer reflects appropriate criteria. The guidance in the retired LCD may be helpful in assessing medical necessity." Ex. B to Zimmitti Decl.

1  *have ever* – billed ICGs more than nine (9) times per eye per 365 day period, for

2  any patient.

3       In summary, the attached LCDs expose the fallacy of Relators' carelessly

4  broad and unsupported lay conclusions that ICGs are (1) medically worthless and

5  (2) cannot legitimately be used in conjunction with the diagnosis, evaluation and

6  treatment of AMD.

7  **II.**    **CONCLUSION**

8       Pursuant to the foregoing, Defendants respectfully request that this Court

9  take judicial notice of the matters attached as Exhibits A-D to the Zimmitti

10  Declaration, attached hereto and as specified hereinabove.

11  Dated:  September 5, 2017            Respectfully submitted,

12                            NELSON HARDIMAN LLP

13

14                            By: */s/ Mark Hardiman*
                               Mark Hardiman

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NELSON HARDIMAN LLP
11835 WEST OLYMPIC BOULEVARD, SUITE 900
LOS ANGELES, CALIFORNIA 90064

366316.1

4

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS TAC**

NELSON HARDIMAN LLP

11835 WEST OLYMPIC BOULEVARD, SUITE 900
LOS ANGELES, CALIFORNIA 90064

## DECLARATION OF SALVATORE J. ZIMMITTI

I, Salvatore J. Zimmitti, declare as follows:

1.     I am an attorney at law, duly licensed to practice in the State of California. I am an associate of the law firm of Nelson Hardiman, LLP, counsel of record for Defendants in this action, and I make this declaration in support of Defendants' Request for Judicial Notice in support of Defendants' Motion to Dismiss Third Amended Complaint.

2.     I obtained and printed the following documents from the Internet, all of which are publicly accessible:

(a)     The Retired Local Coverage Determination issued by the Medicare contractor Noridian Healthcare Solutions, LLC for Ophthalmic Angiography (Fluorescein and Indocyanine Green) (L33327), a true and correct copy of which is attached hereto as Exhibit A.

(b)     The notice retiring Local Coverage Determination issued by the Medicare contractor Noridian Healthcare Solutions, LLC for Ophthalmic Angiography (Fluorescein and Indocyanine Green), effective May 13, 2016, a true and correct copy of which is attached hereto as Exhibit B.

(c)     The Local Coverage Determination issued by the Medicare contractor CGS Administrators, LLC for Ophthalmic Angiography (Fluorescein and Indocyanine Green) (L34175), a true and correct copy of which is attached hereto as Exhibit C.

(d)     The Local Coverage Determination issued by the Medicare contractor National Government Services, Inc. for Ophthalmic Angiography (Fluorescein and Indocyanine Green) (L25347), a true and correct copy of which is attached hereto as Exhibit D.

3.     Pursuant to Local Rule 7-3, I spoke with counsel for Relators on August 28, 2017 via telephone to meet and confer prior to filing Defendants' Motion to Dismiss Third Amended Complaint.

366316.1

1    Executed under penalty of perjury on September 5, 2017, at Los Angeles,

2  California.

3

4                                              By:  __/s/ Salvatore J. Zimmitti__

5                                                   Salvatore J. Zimmitti

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NELSON HARDIMAN LLP
11835 WEST OLYMPIC BOULEVARD, SUITE 900
LOS ANGELES, CALIFORNIA 90064

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS TAC**

# EXHIBIT "A"

# LCD for Ophthalmic Angiography (Fluorescein and Indocyanine Green) (L33327)

Links in PDF documents are not guaranteed to work. To follow a web link, please use the MCD Archive site.



**Please Note:** This is a Retired LCD.

**Please Note:** If you are printing this document and it is truncated on the right margin, please try printing landscape.

## Contractor Information



| Contractor Name | Contract Type | Contract Number | Jurisdiction | State(s) |
|---|---|---|---|---|
| **Noridian Healthcare Solutions, LLC** | A and B MAC | 01111 - MAC A | J - E | California - Entire State |
| **Noridian Healthcare Solutions, LLC** | A and B MAC | 01211 - MAC A | J - E | American Samoa<br>Guam<br>Hawaii<br>Northern Mariana Islands |
| **Noridian Healthcare Solutions, LLC** | A and B MAC | 01311 - MAC A | J - E | Nevada |
| **Noridian Healthcare Solutions, LLC** | A and B MAC | 01911 - MAC A | J - E | American Samoa<br>California - Entire State<br>Guam<br>Hawaii<br>Nevada<br>Northern Mariana Islands |

## LCD Information



**LCD ID** ⬆

## LCD Information

L33327

**LCD Title** ⬆
Ophthalmic Angiography (Fluorescein and Indocyanine Green)

**Source Proposed LCD** ⬆
N/A

**AMA CPT/ADA CDT/AHA NUBC Copyright Statements** ⬆
CPT only copyright 2002-2017 American Medical Association. All rights reserved.

CDT only copyright 2016 American Dental Association. All rights reserved.

UB-04 Manual. OFFICIAL UB-04 DATA SPECIFICATIONS MANUAL, 2014, is copyrighted by American Hospital Association ("AHA"), Chicago, Illinois. No portion of OFFICIAL UB-04 MANUAL may be reproduced, sorted in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without prior express, written consent of AHA. Health Forum reserves the right to change the copyright notice from time to time upon written notice to Company.

**CMS National Coverage Policy** ⬆
Language quoted from the Centers for Medicare & Medicaid Services (CMS) National Coverage Determinations (NCDs) and coverage provisions in interpretive manuals are italicized throughout the policy. NCDs and coverage provisions in interpretive manuals are not subject to the Local Coverage Determination (LCD) Review Process (42 CFR 405.860[b] and 42 CFR 426 [Subpart D]). In addition, an administrative law judge may not review a NCD. See §1869(f)(1)(A)(i) of the Social Security Act.

Unless otherwise specified, italicized text represents quotation from one or more of the following CMS sources:

Title XVIII of the Social Security Act, §1862(a)(1)(A) excludes expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.

Title XVIII of the Social Security Act, §1833(e) prohibits Medicare payment for any claim which lacks the necessary information to process the claim.

Title XVIII of the Social Security Act, §1862(a)(7) excludes routine physical examinations.

42 CFR §410.32 indicates that diagnostic tests may only be ordered by the treating physician (or other treating practitioner acting within the scope of his or her license and Medicare requirements).

CMS Manual System, Pub 100-03, Medicare National Coverage Determinations Manual, Chapter 1, Part 1, §80.3

## Date Information



**Original Effective Date** ⬆
For services performed on or after 08/26/2013

## Date Information

**Revision Effective Date** ⬆

For services performed on or after 09/01/2014

**Revision Ending Date** ⬆

09/30/2015

**Retirement Date** ⬆

09/30/2015

**Notice Period Start Date** ⬆

**Notice Period End Date** ⬆

## Coverage Guidance



**Coverage Indications, Limitations and/or Medical Necessity** ⬆

**1. Abstract:**

<u>Fluorescein</u>

Fluorescein angiography is used in the diagnosis and treatment of a wide range of ocular disorders. Its visible fluorescence on leaking from damaged vessels makes it particularly useful in the diagnosis of retinal vascular disorders and monitoring treatment of conditions amenable to laser photocoagulation.

The dye is injected intravenously and serial photographs are taken through the pupil. While morphological characteristics alone may be pathognomonic of certain disease states, the timing of appearance of the dye in the choroid, in the central retinal artery and in the filling (or otherwise) of the quadrants have diagnostic implications.

<u>Indocyanine Green</u>

Indocyanine green dye is injected intravenously into the patient to highlight the vessels in the retina and the deeper tissue layer of the choroid. Under infrared light, Indocyanine green fluoresces allowing the choroidal vessels to be visualized through the retinal pigment epithelium or in the presence of retinal or vitreous hemorrhage that would otherwise obscure visualization. Indocyanine green angiography (ICG) is effective in the diagnosis and treatment of ill-defined choroidal neovascularization (e.g., associated with age related macular degeneration). It is also useful in the evalution of feeder vessels, choroidal leakages in the late phase, and ruptures of the pigment epithelium.

**2. Indications:**

<u>Fluorescein</u>

**Coverage Guidance**

Fluorescein angiography with interpretation is medically necessary as an adjunct to the diagnosis of chorioretinal vascular abnormalities especially relating to choroid neovascularization, noninfective vasculitis, and age related macular degeneration. It may also be appropriate in evaluating intraocular tumors, visual loss in systemic disease, acute exudative inflammations such as toxoplasmosis and optic disc edema. Medical necessity for such angiography would generally be in the context of a changing clinical picture. Fluorescein angiography may be useful in diabetic retinopathy in identifying ischemia and neovascularization, locating microaneurysms, and defining macular edema.

Fluorescein angiography following treatment, for example, of choroidal neovascularization (CNV) is necessary to monitor for recurrence or to detect additional treatable disease. Usually this is performed on the basis of a change in the clinical picture similar to the way it is employed prior to treatment. However, fluorescein angiography may be performed following treatment without clinical change in order to detect occult lesions. This will occur most often in CNV and very rarely in other diseases.

Indocyanine Green

Indocyanine green angiography (ICG) may be a valuable diagnostic adjunct to fluorescein angiography in the evaluation of the following conditions:
• Retinal neovascularization
• Choroid neovascularization
• Serous detachment of retinal pigment epithelium
• Hemorrhagic detachment of retinal pigment epithelium
• Retinal hemorrhage

## 3. Limitations:

Fluorescein

Studies performed for screening will be denied by Medicare as not medically necessary.

Fluorescein angiography must be performed under the direct supervision (physician present in the office and immediately available) of a physician when done by a nonphysician practitioner.

If excluded by State law, optometrists may not be reimbursed for fluorescein angiography.

Fluorescein angiography of an asymptomatic contralateral eye without new abnormalities on ophthalmoscopic exam, in patients with unilateral age-related macular degeneration (AMD) or other disease, will be denied as not medically necessary. Evidence of medical necessity must be documented in the medical record for each eye.

Indocyanine Green

Indocyanine green angiography must be performed under the direct supervision (physician present in the office and immediately available) of a physician when done by a nonphysician practitioner.

If excluded by State law, optometrists may not be reimbursed for ICG angiography.

Indocyanine green is formulated with iodine and should not be used on patients who are allergic to iodine.

ICG for the evaluation of patients with background diabetic retinopathy is not considered to be a medically necessary service.

ICG angiography of an asymptomatic contralateral eye without new abnormalities on ophthalmoscopic exam, in patients with unilateral AMD or other disease, will be denied as not medically necessary. Evidence of medical necessity must be documented in the medical record for each eye.

Studies performed for screening will be denied by Medicare as not medically necessary.

**Coding Information**



**Bill Type Codes** 

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

012x Hospital Inpatient (Medicare Part B only)
013x Hospital Outpatient
021x Skilled Nursing - Inpatient (Including Medicare Part A)
022x Skilled Nursing - Inpatient (Medicare Part B only)
023x Skilled Nursing - Outpatient
085x Critical Access Hospital

**Revenue Codes**

**Contractors may specify Revenue Codes to help providers identify those Revenue Codes typically used to report this service. In most instances Revenue Codes are purely advisory; unless specified in the policy services reported under other Revenue Codes are equally subject to this coverage determination. Complete absence of all Revenue Codes indicates that coverage is not influenced by Revenue Code and the policy should be assumed to apply equally to all Revenue Codes.**

Revenue codes only apply to providers who bill these services to Part A.
0320 Radiology - Diagnostic - General Classification
0400 Other Imaging Services - General Classification
0510 Clinic - General Classification
0520 Free-Standing Clinic - General Classification
0521 Free-Standing Clinic - Clinic Visit by Member to RHC/FQHC
0523 Free-Standing Clinic - Family Practice Clinic
0920 Other Diagnostic Services - General Classification

**CPT/HCPCS Codes**
Group 1: Paragraph

Group 1: Codes
92235 FLUORESCEIN ANGIOGRAPHY (INCLUDES MULTIFRAME IMAGING) WITH INTERPRETATION AND REPORT
92240 INDOCYANINE-GREEN ANGIOGRAPHY (INCLUDES MULTIFRAME IMAGING) WITH INTERPRETATION AND REPORT

**ICD-9 Codes that Support Medical Necessity**
1: Paragraph
**ICD-9-CM Codes for Fluorescein Angiography (92235)**
1: Codes
042      HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE

**Coding Information**

| | |
|---|---|
| 115.92 | HISTOPLASMOSIS RETINITIS UNSPECIFIED |
| 130.2 | CHORIORETINITIS DUE TO TOXOPLASMOSIS |
| 135 | SARCOIDOSIS |
| 190.5 | MALIGNANT NEOPLASM OF RETINA |
| 190.6 | MALIGNANT NEOPLASM OF CHOROID |
| 224.5 | BENIGN NEOPLASM OF RETINA |
| 224.6 | BENIGN NEOPLASM OF CHOROID |
| 228.09 | HEMANGIOMA OF OTHER SITES |
| 249.50 | SECONDARY DIABETES MELLITUS WITH OPHTHALMIC MANIFESTATIONS, NOT STATED AS UNCONTROLLED, OR UNSPECIFIED |
| 249.51 | SECONDARY DIABETES MELLITUS WITH OPHTHALMIC MANIFESTATIONS, UNCONTROLLED |
| 250.50 | DIABETES WITH OPHTHALMIC MANIFESTATIONS, TYPE II OR UNSPECIFIED TYPE, NOT STATED AS UNCONTROLLED |
| 250.51 | DIABETES WITH OPHTHALMIC MANIFESTATIONS, TYPE I [JUVENILE TYPE], NOT STATED AS UNCONTROLLED |
| 250.52 | DIABETES WITH OPHTHALMIC MANIFESTATIONS, TYPE II OR UNSPECIFIED TYPE, UNCONTROLLED |
| 250.53 | DIABETES WITH OPHTHALMIC MANIFESTATIONS, TYPE I [JUVENILE TYPE], UNCONTROLLED |
| 282.60 | SICKLE-CELL DISEASE UNSPECIFIED |
| 282.61 | HB-SS DISEASE WITHOUT CRISIS |
| 282.62 | HB-SS DISEASE WITH CRISIS |
| 282.63 | SICKLE-CELL&sol;HB-C DISEASE WITHOUT CRISIS |
| 282.64 | SICKLE-CELL&sol;HB C DISEASE WITH CRISIS |
| 282.68 | OTHER SICKLE-CELL DISEASE WITHOUT CRISIS |
| 282.69 | OTHER SICKLE-CELL DISEASE WITH CRISIS |
| 340 | MULTIPLE SCLEROSIS |
| 348.2 | BENIGN INTRACRANIAL HYPERTENSION |
| 360.21 | PROGRESSIVE HIGH (DEGENERATIVE) MYOPIA |
| 361.10 | RETINOSCHISIS UNSPECIFIED |
| 361.11 | FLAT RETINOSCHISIS |
| 361.12 | BULLOUS RETINOSCHISIS |
| 361.13 | PRIMARY RETINAL CYSTS |
| 361.14 | SECONDARY RETINAL CYSTS |
| 361.19 | OTHER RETINOSCHISIS AND RETINAL CYSTS |
| 361.2 | SEROUS RETINAL DETACH |
| 362.01 | BACKGROUND DIABETIC RETINOPATHY |
| 362.02 | PROLIFERATIVE DIABETIC RETINOPATHY |
| 362.03 | NONPROLIFERATIVE DIABETIC RETINOPATHY NOS |
| 362.04 | MILD NONPROLIFERATIVE DIABETIC RETINOPATHY |
| 362.05 | MODERATE NONPROLIFERATIVE DIABETIC RETINOPATHY |
| 362.06 | SEVERE NONPROLIFERATIVE DIABETIC RETINOPATHY |
| 362.07 | DIABETIC MACULAR EDEMA |
| 362.11 | HYPERTENSIVE RETINOPATHY |
| 362.12 | EXUDATIVE RETINOPATHY |
| 362.14 | RETINAL MICROANEURYSMS NOS |
| 362.15 | RETINAL TELANGIECTASIA |
| 362.16 | RETINAL NEOVASCULARIZATION NOS |
| 362.18 | RETINAL VASCULITIS |
| 362.30 | RETINAL VASCULAR OCCLUSION UNSPECIFIED |
| 362.31 | CENTRAL RETINAL ARTERY OCCLUSION |
| 362.32 | RETINAL ARTERIAL BRANCH OCCLUSION |
| 362.34 | TRANSIENT RETINAL ARTERIAL OCCLUSION |
| 362.35 | CENTRAL RETINAL VEIN OCCLUSION |

**Coding Information**

362.36 VENOUS TRIBUTARY (BRANCH) OCCLUSION OF RETINA
362.37 VENOUS ENGORGEMENT OF RETINA
362.41 CENTRAL SEROUS RETINOPATHY
362.42 SEROUS DETACH OF RETINAL PIGMENT EPITHELIUM
362.43 HEMORRHAGIC DETACH OF RETINAL PIGMENT EPITHELIUM
362.50 MACULAR DEGENERATION (SENILE) OF RETINA UNSPECIFIED
362.51 NONEXUDATIVE SENILE MACULAR DEGENERATION OF RETINA
362.52 EXUDATIVE SENILE MACULAR DEGENERATION OF RETINA
362.53 CYSTOID MACULAR DEGENERATION OF RETINA
362.54 MACULAR CYST HOLE OR PSEUDOHOLE OF RETINA
362.55 TOXIC MACULOPATHY OF RETINA
362.56 MACULAR PUCKERING OF RETINA
362.74 PIGMENTARY RETINAL DYSTROPHY
362.75 OTHER DYSTROPHIES PRIMARILY INVOLVING THE SENSORY RETINA
362.76 DYSTROPHIES PRIMARILY INVOLVING THE RETINAL PIGMENT EPITHELIUM
362.77 RETINAL DYSTROPHIES PRIMARILY INVOLVING BRUCH'S MEMBRANE
362.81 RETINAL HEMORRHAGE
362.83 RETINAL EDEMA
362.84 RETINAL ISCHEMIA
363.00 FOCAL CHORIORETINITIS UNSPECIFIED
363.01 FOCAL CHOROIDITIS AND CHORIORETINITIS JUXTAPAPILLARY
363.03 FOCAL CHOROIDITIS AND CHORIORETINITIS OF OTHER POSTERIOR POLE
363.04 FOCAL CHOROIDITIS AND CHORIORETINITIS PERIPHERAL
363.05 FOCAL RETINITIS AND RETINOCHOROIDITIS JUXTAPAPILLARY
363.06 FOCAL RETINITIS AND RETINOCHOROIDITIS MACULAR OR PARAMACULAR
363.07 FOCAL RETINITIS AND RETINOCHOROIDITIS OF OTHER POSTERIOR POLE
363.08 FOCAL RETINITIS AND RETINOCHOROIDITIS PERIPHERAL
363.15 DISSEMINATED RETINITIS AND RETINOCHOROIDITIS PIGMENT EPITHELIOPATHY
363.20 CHORIORETINITIS UNSPECIFIED
363.21 PARS PLANITIS
363.22 HARADA'S DISEASE
363.31 SOLAR RETINOPATHY
363.43 ANGIOID STREAKS OF CHOROID
363.55 CHOROIDEREMIA
363.56 OTHER DIFFUSE OR GENERALIZED DYSTROPHY OF CHOROID PARTIAL
363.63 CHOROIDAL RUPTURE
363.71 SEROUS CHOROIDAL DETACH
363.72 HEMORRHAGIC CHOROIDAL DETACH
377.00 PAPILLEDEMA UNSPECIFIED
377.21 DRUSEN OF OPTIC DISC
377.22 CRATER-LIKE HOLES OF OPTIC DISC
377.24 PSEUDOPAPILLEDEMA
377.31 OPTIC PAPILLITIS
377.41 ISCHEMIC OPTIC NEUROPATHY
379.27 VITREOMACULAR ADHESION
714.0  RHEUMATOID ARTHRITIS

Group 2: Paragraph
**ICD-9-CM Codes For Indocyanine Green Angiography (92240)**
Group 2: Codes
362.16 RETINAL NEOVASCULARIZATION NOS
362.17 OTHER INTRARETINAL MICROVASCULAR ABNORMALITIES
362.41 CENTRAL SEROUS RETINOPATHY

**Coding Information**

| | |
|---|---|
| 362.42 | SEROUS DETACH OF RETINAL PIGMENT EPITHELIUM |
| 362.43 | HEMORRHAGIC DETACH OF RETINAL PIGMENT EPITHELIUM |
| 362.52 | EXUDATIVE SENILE MACULAR DEGENERATION OF RETINA |
| 362.81 | RETINAL HEMORRHAGE |
| 363.11 | DISSEMINATED CHOROIDITIS AND CHORIORETINITIS POSTERIOR POLE |
| 363.12 | DISSEMINATED CHOROIDITIS AND CHORIORETINITIS PERIPHERAL |
| 363.13 | DISSEMINATED CHOROIDITIS AND CHORIORETINITIS GENERALIZED |
| 363.14 | DISSEMINATED RETINITIS AND RETINOCHOROIDITIS METASTATIC |
| 363.8 | OTHER DISORDERS OF CHOROID |
| 379.27 | VITREOMACULAR ADHESION |

**ICD-9 Codes that DO NOT Support Medical Necessity** ⬆
Use of any ICD-9-CM code not listed in the "ICD-9-CM Codes That Support Medical Necessity" section of this LCD will be denied. **In addition, the following ICD-9 CM codes are specifically listed as not supporting medical necessity for emphasis for <u>indocyanine green angiography</u>, and to avoid any provider errors.**

| | |
|---|---|
| 362.01 | BACKGROUND DIABETIC RETINOPATHY |
| 362.03 | NONPROLIFERATIVE DIABETIC RETINOPATHY NOS |
| 362.04 | MILD NONPROLIFERATIVE DIABETIC RETINOPATHY |
| 362.05 | MODERATE NONPROLIFERATIVE DIABETIC RETINOPATHY |
| 362.06 | SEVERE NONPROLIFERATIVE DIABETIC RETINOPATHY |
| 362.07 | DIABETIC MACULAR EDEMA |
| 362.10 | BACKGROUND RETINOPATHY UNSPECIFIED |

**General Information**



**Associated Information** ⬆
The patient's medical record must contain documentation that fully supports the medical necessity for fluorescein and indocyanine green angiography as it is covered by Medicare. (See "Coverage Indications, Limitations, and/or Medical Necessity.") This documentation includes, but is not limited to, relevant medical history, physical examination, and results of pertinent diagnostic tests or procedures.

Copies of fluorescein and indocyanine green angiograms (photographic or digital) must be retained in the patient's medical records. An interpretation and report of the test must also be included, in addition to the photographs themselves.

The medical record should include documentation of one of the following when indocyanine green angiography is performed:

• Evidence of ill-defined subretinal neovascular membrane or suspicious membrane on previous fluorescein angiography
• Retinal pigment epithelium (RPE) does not show subretinal neovascular membrane on current fluorescein angiography
• Presence of subretinal hemorrhage or hemorrhagic retinal pigment epithelium. A fluorescein angiography need not have been done previously.

Evidence of medical necessity must be documented in the medical record for each eye.

**General Information**

Documentation, including photos, must be available to Medicare upon request.

**Utilization Guidelines**

Fluorescein angiography is considered medically necessary no more than nine (9) times per eye in 365 days. Claims exceeding this frequency will be suspended and reviewed for medical necessity.

Indocyanine green angiography is considered medically necessary no more than nine (9) times per eye in 365 days. Claims exceeding this frequency will be suspended and reviewed for medical necessity.

Fluorescein angiography performed within 30 days of indocyanine green angiography will be denied as not medically necessary, unless there is documentation in the patient's medical record of co-existing diseases such as age-related macular degeneration or diabetes.

**Sources of Information and Basis for Decision** ↑

Altan-Yaycioglu R, Akova YA, Akca S, Yilmaz G. Inflammation of the posterior uvea: findings on fundus fluorescein and indocyanine green angiography. *Ocul Immunol Inflamm.* 2006;14(3):171-179.

Bakri SJ, Sculley L, Singh AD. Imaging techniques for uveal melanoma. *Int Ophthalmol Clin.* 2006;46(1):1-13.

Battaglia Parodi M, Da Pozzo S, Ravalico G. Angiographic pattern of recurrent choroidal neovascularization in age-related macular degeneration. *Eye.* 2004;18(7):685-690.

Bennett TJ. Fundamentals of Fluorescein Angiography. Ophthalmic Photographers' Society. Available at: http://www.opsweb.org/?page=FA. Accessed on 4/23/2012.

Bischoff PM, Helbig H, Niederberger HJ, Török B. Simultaneous ICG- and fluorescein-angiography for fundus examination. *Klin Monbl Augenheilkd.* 2000;216(2):120-125. German.

Bischoff PM, Niederberger HJ, Török B, Speiser P. Simultaneous Indocyanine Green and Fluorescein Angiography. *Retina.* 1995;15(2):91-99.

Bottoni FG, Aandekerk AL, Deutman AF. Clinical application of digital indocyanine green videoangiography in senile macular degeneration. *Graefes Arch Clin Exp Ophthalmol.* 1994;232(8):458-468.

Bouchenaki N, Cimino L, Auer C, Tao Tran V, Herbort CP. Assessment and classification of choroidal vasculitis in posterior uveitis using indocyanine green angiography. *Klin Monbl Augenheilkd.* 2002;219(4):243-249.

Arevalo JF, Fuenmayor-Rivera D, Giral AE, Murcia E. Indocyanine green videoangiography of multifocal Cryptococcus neoformans choroiditis in a patient with acquired immunodeficiency syndrome. *Retina.* 2001;21(5):537-541.

Coscas G, Coscas F, Soubrane G. Monitoring the patient after treatment: angiographic aspects of recurrence and indications for retreatment. *J Fr Ophtalmol.* 2004;27(1):81-92. French.

Dyer DS, Brant AM, Schachat AP, Bressler SB, Bressler NM. Angiographic features and outcome of questionable recurrent choroidal neovascularization. *Am J Ophthalmol.* 1995;120(4):497-505.

Guyer DR, Yannuzzi LA, Slakter JS, Sorenson JA, Spaide RF, Freund KB. Principles of Indocyanine-Green Angiography. In: Guyer DR, Yannuzzi LA, Chang S, Shields JA, Green WR, eds. *Retina-Vitreous-Macula.* Philadelphia:W.B.Saunders;1999:39-46.

Helbig H, Niederberger H, Valmaggia C, Bischoff P. Simultaneous fluorescein and indocyanine green angiography for exudative macular degeneration. *Klin Monbl Augenheilkd.* 2005;222(3):202-205.

Jampol LM. Hypertension and Visual Outcome in the Macular Photocoagulation Study. *Arch Ophthalmol.* 1991;109(6):789-790.

**General Information**

Khairallah M, Ben Yahia S, Attia S, et al. Indocyanine green angiographic features in multifocal chorioretinitis associated with West Nile virus infection. *Retina.* 2006;26(3):358-359.

Kramer M, Mimouni K, Priel E, Yassur Y, Weinberger D. Comparison of fluorescein angiography and indocyanine green angiography for imaging of choroidal neovascularization in hemorrhagic age-related macular degeneration. *Am J Ophthalmol.* 2000;129(4):495-500.

Mandava N, Guyer DR, Yannuzzi LA, Nichol J, Orlock D. Principles of Fluorescein Angiography. In: Yannuzzi LA, Guyer DR, Chang S, Shields J, Green WR, eds. *Retina- Vitreous-Macula. A Comprehensive Text.* Philadelphia: W.B.Saunders;1999:29-38.

Mayfield J. Who cares about the quality of diabetes care? Almost everyone! *Clin Diabetes.* 1998;16(4):161-167.

National Guideline Clearinghouse. Age-related macular degeneration. Limited revision. Available at:http://www.guideline.gov. Accessed April 23, 2013.

National Guideline Clearinghouse. Care of the patient with retinal detachment and related peripheral vitreoretinal disease. Available at: http://www.guideline.gov. Accessed April 23, 2013.

No authors listed. Laser photocoagulation of subfoveal neovascular lesions of age-related macular degeneration. Updated findings from two clinical trials. Macular Photocoagulation Study Group.*Arch Ophthalmol.* 1993;111(9):1200-1209.

No authors listed. Persistent and recurrent neovascularization after krypton laser photocoagulation for neovascular lesions of age-related macular degeneration. Macular Photocoagulation Study Group. *Arch Ophthalmol.* 1990;108(6):825-831.

No authors listed. Persistent and recurrent neovascularization after krypton laser photocoagulation for neovascular lesions of ocular histoplasmosis. Macular Photocoagulation Study Group. *Arch Ophthalmol.* 1989;107(3):344-352.

No authors listed. Recurrent choroidal neovascularization after argon laser photocoagulation for neovascular maculopathy. Macular Photocoagulation Study Group. *Arch Ophthalmol.* 1986;104(4):503-512.

Obana A, Gohto Y, Matsumoto M, Miki T, Nishiguti K. Indocyanine green angiographic features prognostic of visual outcome in the natural course of patients with age related macular degeneration. *The British Journal of Ophthalmology.* 1999;83(4):429-437.

Pece A, Sannace C, Menchini U, et al. Fluorescein angiography and indocyanine green angiography for identifying occult choroidal neovascularization in age-related macular degeneration. *Eur J Ophthalmol.* 2005;15(6):759-763.

Regillo CD, Blade KA, Custis PH, O'Connell SR. Evaluating persistent and recurrent choroidal neovascularization: The role of indocyanine green angiography. *Ophthalmology.* 1998;105(10):1821-1826.

Regillo CD, Benson WE, Maguire JI, Annesley WH. Indocyanine green angiography and occult choroidal neovascularization. *Ophthalmology.* 1994;101(2):280-288.

Reichel E, Duker JS, Puliafito CA. Indocyanine green angiography and choroidal neovascularization obscured by hemorrhage. *Ophthalmology*. 1995;102(12):1871-1876.

Singh RP, Young LH. Diagnostic tests for posterior segment inflammation. *Int Ophthalmol Clin.* 2006;46(2):195-208.

Slakter JS, Giovannini A, Yannuzzi LA, et al. Indocyanine green angiography of multifocal choroiditis. *Ophthalmology.* 1997;104(11):1813-1819.

Stanga PE, Lim JI, Hamilton P. Indocyanine green angiography in chorioretinal diseases: indications and interpretation: an evidence-based update. *Ophthalmology.* 2003;110(1):15-21.

## General Information

Sykes SO, Bressler NM, Maguire MG, Schachat AP, Bressler SB. Detecting recurrent choroidal neovascularization. Comparison of clinical examination with and without fluorescein angiography. *Arch Ophthalmol.* 1994;112(12):1561-1566.

No authors listed. The Eye Disease Case-Control Study Group. Risk Factors for Neovascular Age-Related Macular Degeneration. *Arch Ophthalmol.* 1992;110(12):1701-1708.

Vadalà M, Lodato G, Cillino S. Multifocal choroiditis: indocyanine green angiographic features. *Ophthalmologica.* 2001;215(1):16-21.

Van Liefferinge T, Sallet G, De Laey JJ. Indocyanine green angiography in cases of inflammatory chorioretinopathy. *Bull Soc Belge Ophtalmol.* 1995;257:73-81.

Watzke RC, Klein ML, Hiner CJ, Chan BK, Kraemer DF. A comparison of stereoscopic fluorescein angiography with indocyanine green videoangiography in age-related macular degeneration. *Ophthalmology.* 2000;107(8):1601-1606.

Wolf S, Kirchof B, Reim M. *The Ocular Fundus: From Findings to Diagnosis.* Stuttgart, Germany:Georg Thieme Verlag;2006.

**NOTE: Some of the websites used to create this policy may no longer be available.**

## Revision History Information



**Revision History Table**

| Revision History Number | Revision History Date | Revision History Explanation | Reason(s) for Change |
|---|---|---|---|
| 3 | 09/30/2015 | This LCD is being retired due to the ICD-10 transition | LCD Being Retired |
| 2 | 09/01/2014 | This revision updates the Noridian Healthcare Solutions MAC numerical jurisdictional designation to the new MAC Lettered jurisdiction designation(s). No other changes were made to this LCD. | Change to Lettered Jurisdiction Designation |
| 1 | 11/01/2013 | | Other - Corporate name change |

## Revision History Information

| Revision History Number | Revision History Date | Revision History Explanation | Reason(s) for Change |
|---|---|---|---|
| | | This LCD was revised to reflect the corporate name change from Noridian Administrative Services, LLC to Noridian Healthcare Solutions, LLC that was effective on 05/01/2013. No other changes were made in this revision. | |

## Associated Documents



**Attachments** ⬆
There are no attachments for this LCD.

**Related Local Coverage Documents** ⬆
This LCD version has no Related Local Coverage Documents.

**Related National Coverage Documents** ⬆
This LCD version has no Related National Coverage Documents.

**All Versions** ⬆
Updated on 09/30/2015 with effective dates 09/01/2014 - 09/30/2015

**Updated on 08/27/2014 with effective dates 09/01/2014 - N/A**

**Updated on 11/01/2013 with effective dates 11/01/2013 - 08/31/2014**

**Updated on 06/07/2013 with effective dates 08/26/2013 - N/A**

## Additional Information

**Additional Information**



**Keywords** ↑

**Date Retirement Completed** ↑
09/30/2015

# EXHIBIT "B"

Jurisdiction E – Medicare Part A
California, Hawaii, Nevada, American Samoa, Guam, Northern Mariana Islands

Contact Us | Help
| Noridian Medicare Portal (NMP) Login

JE Part A / Fees & News / Latest Updates / Article Detail

🖶 Print  ✉ Email

# Ophthalmic Angiography (Flourescein and Indocyanine Green) LCD Retirement – Effective May 13, 2016

The following JE Local Coverage Determination (LCD) has been retired under contractor 01111 (CA), 01211 (AS, GU, HI, NMI), 01311 (NV) and 01911 (Former MO–CA, HI & Territories).

**Medicare Coverage Database Number**: L34241

**LCD Title**: Ophthalmic Angiography (Flourescein and Indocyanine Green)

**Effective Date**: May 13, 2016

LCDs are retired due to lack of evidence of current need(s) for the education and/or edits or in some cases because the material is addressed by a National Coverage Determination (NCD), a coverage provision in a CMS interpretative manual, another LCD or an article. Retirement does not mean that medical necessity has changed or that the LCD no longer reflects appropriate criteria. The guidance in the retired LCD may be helpful in assessing medical necessity.

To access the Noridian Retired LCDs from our website, follow the instructions below.

Go to https://med.noridianmedicare.com/web/jea/policies/lcd/retired

- The End User Agreement for Providers will appear if you have not recently visited the website. Select "Accept" (if necessary).
  - On the "Retired LCDs" page, select the state of interest.

- This link will redirect you to the CMS website.
  - Select "Noridian Healthcare Solutions, LLC." Locate the above listed CMS Medicare Coverage Database (MCD) number and LCD title and select the title of interest.

Last Updated Aug 23, 2016

| **Contact** | **Support** | **Tools** | **External Resources** | **Keep Current** |
|---|---|---|---|---|
| 855-609-9960 | Help | Noridian Medicare Portal (NMP) | www.CMS.gov ⬀ | |
| IVR Guide | Site Map | Direct Data Entry (DDE) | CMS Links | **Email Updates** |
| Fax Us | Web Tour | Redetermination Form | Internet Only Manuals ⬀ | Receive Medicare's "Latest Updates" every Tuesday and Friday. |
| Mail Us | Web Feedback | Reason & Remark Codes | External Resource Links | |
| Email Us | Adobe Reader ⬀ | Acronyms and Glossary | www.edissweb.com ⬀ | |
| | Excel Viewer ⬀ | MSP Decision Tree | Medicare Advantage Plan ⬀ | SUBSCRIBE |
| | | Tools | ICD-10 ⬀ | |

ISO 9001 Certified ⬀

Bookmark this page | **Text Size:** A A A



© 2017 Noridian Healthcare Solutions, LLC Terms & Privacy

# EXHIBIT "C"

# Local Coverage Determination (LCD): Ophthalmic Angiography (Fluorescein and Indocyanine Green) (L34175)

Links in PDF documents are not guaranteed to work. To follow a web link, please use the MCD Website.

# Contractor Information

| Contractor Name | Contract Type | Contract Number | Jurisdiction | State(s) |
|---|---|---|---|---|
| CGS Administrators, LLC | MAC - Part A | 15101 - MAC A | N/A | Kentucky |
| CGS Administrators, LLC | MAC - Part B | 15102 - MAC B | N/A | Kentucky |
| CGS Administrators, LLC | MAC - Part A | 15201 - MAC A | N/A | Ohio |
| CGS Administrators, LLC | MAC - Part B | 15202 - MAC B | N/A | Ohio |

Back to Top

# LCD Information

## Document Information

LCD ID
L34175

Original ICD-9 LCD ID
L31882

LCD Title
Ophthalmic Angiography (Fluorescein and Indocyanine Green)

AMA CPT / ADA CDT / AHA NUBC Copyright Statement
CPT only copyright 2002-2015 American Medical Association. All Rights Reserved. CPT is a registered trademark of the American Medical Association. Applicable FARS/DFARS Apply to Government Use. Fee schedules, relative value units, conversion factors and/or related components are not assigned by the AMA, are not part of CPT, and the AMA is not recommending their use. The AMA does not directly or indirectly practice medicine or dispense medical services. The AMA assumes no liability for data contained or not contained herein.

The Code on Dental Procedures and Nomenclature (Code) is published in Current Dental Terminology (CDT). Copyright © American Dental Association. All rights reserved. CDT and CDT-2016 are trademarks of the American Dental Association.

Original Effective Date
For services performed on or after 10/01/2015

Revision Effective Date
For services performed on or after 10/01/2015

Revision Ending Date
N/A

Retirement Date
N/A

Notice Period Start Date
N/A

Notice Period End Date
N/A

UB-04 Manual. OFFICIAL UB-04 DATA SPECIFICATIONS MANUAL, 2014, is copyrighted by American Hospital Association ("AHA"), Chicago, Illinois. No portion of OFFICIAL UB-04 MANUAL may be reproduced, sorted in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without prior express, written consent of AHA." Health Forum reserves the right to change the copyright notice from time to time upon written notice to Company.

CMS National Coverage Policy Language quoted from Centers for Medicare and Medicaid Services (CMS). National Coverage Determinations (NCDs) and coverage provisions in interpretive manuals is italicized throughout the policy. NCDs and coverage provisions in interpretive manuals are not subject to the Local Coverage Determination (LCD) Review Process (42 CFR 405.860[b] and 42 CFR 426 [Subpart D]). In addition, an administrative law judge may not review an NCD. See Section 1869(f)(1)(A)(i) of the Social Security Act.

Unless otherwise specified, *italicized* text represents quotation from one or more of the following CMS sources:

Title XVIII of the Social Security Act (SSA):

Section 1862(a)(1)(A) excludes expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.

Section 1833(e) prohibits Medicare payment for any claim which lacks the necessary information to process the claim.

Section 1862(a) (7) excludes routine physical examination unless otherwise covered by statute.

Code of Federal Regulations:

42 CFR Section 410.32 indicates that diagnostic tests may only be ordered by the treating physician (or other treating practitioner acting within the scope of his or her license and Medicare requirements).

CMS Publications:

CMS Publication 100-03, *Medicare National Coverage Determinations*, Chapter 1:

80.3 Coverage of photosensitive drugs.

Coverage Guidance
**Coverage Indications, Limitations, and/or Medical Necessity**

**Abstract:**

Fluorescein

Fluorescein angiography is used in the diagnosis and treatment of a wide range of ocular disorders. Its visible fluorescence on leaking from damaged vessels makes it particularly useful in the diagnosis of retinal vascular disorders and monitoring treatment of conditions amenable to laser photocoagulation.

The dye is injected intravenously and serial photographs are taken through the pupil. While morphological characteristics alone may be pathognomonic of certain disease states, the timing of appearance of the dye in the choroid, in the central retinal artery and in the filling (or otherwise) of the quadrants have diagnostic implications.

Indocyanine Green

Indocyanine green dye is injected intravenously into the patient to highlight the vessels in the retina and the deeper tissue layer of the choroid. Under infrared light, Indocyanine Green fluoresces allowing the choroidal vessels to be visualized through the retinal pigment epithelium or in the presence of retinal or vitreous hemorrhage that would otherwise obscure visualization. Indocyanine green angiography (ICG) is effective in the diagnosis and treatment of ill-defined choroidal neovascularization (e.g., associated with age related macular degeneration). It is also useful in the evalution of feeder vessels, choroidal leakages in the late phase, and

ruptures of the pigment epithelium.

**Indications:**

Fluorescein

Fluorescein angiography with interpretation is medically necessary as an adjunct to the diagnosis of chorioretinal vascular abnormalities especially relating to choroid neovascularization, noninfective vasculitis, and age related macular degeneration. It may also be appropriate in evaluating intraocular tumors, visual loss in systemic disease, acute exudative inflammations such as toxoplasmosis and optic disc edema. Medical necessity for such angiography would generally be in the context of a changing clinical picture. Fluorescein angiography may be useful in diabetic retinopathy in identifying ischemia and neovascularization, locating microaneurysms, and defining macular edema.

Fluorescein angiography following treatment, for example, of choroidal neovascularization (CNV) is necessary to monitor for recurrence or to detect additional treatable disease. Usually this is performed on the basis of a change in the clinical picture similar to the way it is employed prior to treatment. However, fluorescein angiography may be performed following treatment without clinical change in order to detect occult lesions. This will occur most often in CNV and very rarely in other diseases.

Indocyanine Green

Indocyanine green angiography (ICG) may be a valuable diagnostic adjunct to fluorescein angiography in the evaluation of the following conditions:

- Retinal neovascularization
- Choroid neovascularization
- Serous detachment of retinal pigment epithelium
- Hemorrhagic detachment of retinal pigment epithelium
- Retinal hemorrhage

**Limitations:**

Fluorescein

Studies performed for screening will be denied by Medicare as not medically necessary.

Fluorescein angiography must be performed under the direct supervision (physician present in the office and immediately available) of a physician when done by a non-physician practitioner.

If excluded by State law, optometrists may not be reimbursed for fluorescein angiography.

Fluorescein angiography of an asymptomatic contralateral eye without new abnormalities on ophthalmoscopic exam, in patients with unilateral AMD or other disease, will be denied as not medically necessary. Evidence of medical necessity must be documented in the medical record for each eye.

Indocyanine Green

Indocyanine green angiography must be performed under the direct supervision (physician present in the office and immediately available) of a physician when done by a non-physician practitioner.

If excluded by State law, optometrists may not be reimbursed for ICG angiography.

Indocyanine green is formulated with iodine and should not be used on patients who are allergic to iodine.

ICG for the evaluation of patients with background diabetic retinopathy is not considered to be a medically necessary service.

ICG angiography of an asymptomatic contralateral eye without new abnormalities on ophthalmoscopic exam, in patients with unilateral AMD or other disease, will be denied as not medically necessary. Evidence of medical necessity must be documented in the medical record for each eye.

Studies performed for screening will be denied by Medicare as not medically necessary.

**Other Comments:**

Printed on 4/27/2016. Page 3 of 17

For claims submitted to the Part A MAC: This coverage determination also applies within states outside the primary geographic jurisdiction with facilities that have nominated CGS Administrators, LLC. to process their claims.

Bill type codes only apply to providers who bill these services to the Part A MAC. Bill type codes do not apply to physicians, other professionals and suppliers who bill these services to the carrier or Part B MAC.

Limitation of liability and refund requirements apply when denials are based on medical necessity. The provider/supplier must notify the beneficiary in writing, prior to rendering the service, if the provider/supplier is aware that the test, item or procedure may not be considered medically necessary by Medicare. The limitation of liability and refund requirements do not apply when the test, item or procedure is statutorily excluded, has no Medicare benefit category or is rendered for screening purposes.

For outpatient settings other than CORFs, references to "physicians" throughout this policy include non-physicians, such as nurse practitioners, clinical nurse specialists and physician assistants. Such non-physician practitioners, with certain exceptions, may certify, order and establish the plan of care as authorized by State law. (See Sections 1861(s)(2) and 1862(a)(14) of Title XVIII of the Social Security Act; 42 CFR, Sections 410.74, 410.75, 410.76 and 419.22; 58 FR 18543, April 7, 2000.)

Back to Top

# Coding Information

Bill Type Codes:

Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.

N/A
Revenue Codes:

Contractors may specify Revenue Codes to help providers identify those Revenue Codes typically used to report this service. In most instances Revenue Codes are purely advisory. Unless specified in the policy, services reported under other Revenue Codes are equally subject to this coverage determination. Complete absence of all Revenue Codes indicates that coverage is not influenced by Revenue Code and the policy should be assumed to apply equally to all Revenue Codes.

Revenue codes only apply to providers who bill these services to the Part A MAC. Revenue codes do not apply to physicians, other professional and suppliers who bill these services to the carrier or Part B MAC.

Please note that not all revenue codes apply to every type of bill code. Providers are encouraged to refer to the FISS revenue code file for allowable bill types. Similarly, not all revenue codes apply to each CPT/HCPCS code. Providers are encouraged to refer to the FISS HCPCS file for allowable revenue codes.

032X  Radiology - Diagnostic - General Classification
040X  Other Imaging Services - General Classification
052X  Freestanding Clinic - General Classification
092X  Other Diagnostic Services - General Classification
096X  Professional Fees - General Classification

CPT/HCPCS Codes
**Group 1 Paragraph:** N/A

**Group 1 Codes:**
92235  FLUORESCEIN ANGIOGRAPHY (INCLUDES MULTIFRAME IMAGING) WITH INTERPRETATION AND REPORT
92240  INDOCYANINE-GREEN ANGIOGRAPHY (INCLUDES MULTIFRAME IMAGING) WITH INTERPRETATION AND REPORT

ICD-10 Codes that Support Medical Necessity
**Group 1 Paragraph:** It is the responsibility of the provider to code to the highest level specified in the ICD-10-CM. The correct use of an ICD-10-CM code listed below does not assure coverage of a service. The service must be reasonable and necessary in the specific case and must meet the criteria specified in this determination.

ICD-10-CM Codes for **Fluorescein Angiography (92235)**

**Group 1 Codes:**

| ICD-10 Codes | Description |
|---|---|
| A18.53 | Tuberculous chorioretinitis |
| B20 | Human immunodeficiency virus [HIV] disease |
| B58.01 | Toxoplasma chorioretinitis |
| C69.21 | Malignant neoplasm of right retina |
| C69.22 | Malignant neoplasm of left retina |
| C69.31 | Malignant neoplasm of right choroid |
| C69.32 | Malignant neoplasm of left choroid |
| D18.09 | Hemangioma of other sites |
| D31.21 | Benign neoplasm of right retina |
| D31.22 | Benign neoplasm of left retina |
| D31.31 | Benign neoplasm of right choroid |
| D31.32 | Benign neoplasm of left choroid |
| D57.01 | Hb-SS disease with acute chest syndrome |
| D57.02 | Hb-SS disease with splenic sequestration |
| D57.1 | Sickle-cell disease without crisis |
| D57.20 | Sickle-cell/Hb-C disease without crisis |
| D57.211 | Sickle-cell/Hb-C disease with acute chest syndrome |
| D57.212 | Sickle-cell/Hb-C disease with splenic sequestration |
| D57.80 | Other sickle-cell disorders without crisis |
| D57.811 | Other sickle-cell disorders with acute chest syndrome |
| D57.812 | Other sickle-cell disorders with splenic sequestration |
| D86.0 - D86.3 | Sarcoidosis of lung - Sarcoidosis of skin |
| D86.81 - D86.89 | Sarcoid meningitis - Sarcoidosis of other sites |
| E08.321 | Diabetes mellitus due to underlying condition with mild nonproliferative diabetic retinopathy with macular edema |
| E08.329 | Diabetes mellitus due to underlying condition with mild nonproliferative diabetic retinopathy without macular edema |
| E08.331 | Diabetes mellitus due to underlying condition with moderate nonproliferative diabetic retinopathy with macular edema |
| E08.339 | Diabetes mellitus due to underlying condition with moderate nonproliferative diabetic retinopathy without macular edema |
| E08.341 | Diabetes mellitus due to underlying condition with severe nonproliferative diabetic retinopathy with macular edema |
| E08.349 | Diabetes mellitus due to underlying condition with severe nonproliferative diabetic retinopathy without macular edema |
| E08.351 | Diabetes mellitus due to underlying condition with proliferative diabetic retinopathy with macular edema |
| E08.359 | Diabetes mellitus due to underlying condition with proliferative diabetic retinopathy without macular edema |
| E08.36 | Diabetes mellitus due to underlying condition with diabetic cataract |
| E08.39 | Diabetes mellitus due to underlying condition with other diabetic ophthalmic complication |
| E09.321 | Drug or chemical induced diabetes mellitus with mild nonproliferative diabetic retinopathy with macular edema |
| E09.329 | Drug or chemical induced diabetes mellitus with mild nonproliferative diabetic retinopathy without macular edema |
| E09.331 | Drug or chemical induced diabetes mellitus with moderate nonproliferative diabetic retinopathy with macular edema |
| E09.339 | |

| ICD-10 Codes | Description |
|---|---|
| | Drug or chemical induced diabetes mellitus with moderate nonproliferative diabetic retinopathy without macular edema |
| E09.341 | Drug or chemical induced diabetes mellitus with severe nonproliferative diabetic retinopathy with macular edema |
| E09.349 | Drug or chemical induced diabetes mellitus with severe nonproliferative diabetic retinopathy without macular edema |
| E09.351 | Drug or chemical induced diabetes mellitus with proliferative diabetic retinopathy with macular edema |
| E09.359 | Drug or chemical induced diabetes mellitus with proliferative diabetic retinopathy without macular edema |
| E09.36 | Drug or chemical induced diabetes mellitus with diabetic cataract |
| E09.39 | Drug or chemical induced diabetes mellitus with other diabetic ophthalmic complication |
| E10.321 | Type 1 diabetes mellitus with mild nonproliferative diabetic retinopathy with macular edema |
| E10.329 | Type 1 diabetes mellitus with mild nonproliferative diabetic retinopathy without macular edema |
| E10.331 | Type 1 diabetes mellitus with moderate nonproliferative diabetic retinopathy with macular edema |
| E10.339 | Type 1 diabetes mellitus with moderate nonproliferative diabetic retinopathy without macular edema |
| E10.341 | Type 1 diabetes mellitus with severe nonproliferative diabetic retinopathy with macular edema |
| E10.349 | Type 1 diabetes mellitus with severe nonproliferative diabetic retinopathy without macular edema |
| E10.351 | Type 1 diabetes mellitus with proliferative diabetic retinopathy with macular edema |
| E10.359 | Type 1 diabetes mellitus with proliferative diabetic retinopathy without macular edema |
| E10.36 | Type 1 diabetes mellitus with diabetic cataract |
| E10.39 | Type 1 diabetes mellitus with other diabetic ophthalmic complication |
| E10.65 | Type 1 diabetes mellitus with hyperglycemia |
| E11.321 | Type 2 diabetes mellitus with mild nonproliferative diabetic retinopathy with macular edema |
| E11.329 | Type 2 diabetes mellitus with mild nonproliferative diabetic retinopathy without macular edema |
| E11.331 | Type 2 diabetes mellitus with moderate nonproliferative diabetic retinopathy with macular edema |
| E11.339 | Type 2 diabetes mellitus with moderate nonproliferative diabetic retinopathy without macular edema |
| E11.341 | Type 2 diabetes mellitus with severe nonproliferative diabetic retinopathy with macular edema |
| E11.349 | Type 2 diabetes mellitus with severe nonproliferative diabetic retinopathy without macular edema |
| E11.351 | Type 2 diabetes mellitus with proliferative diabetic retinopathy with macular edema |
| E11.359 | Type 2 diabetes mellitus with proliferative diabetic retinopathy without macular edema |
| E11.36 | Type 2 diabetes mellitus with diabetic cataract |
| E11.39 | Type 2 diabetes mellitus with other diabetic ophthalmic complication |
| E11.65 | Type 2 diabetes mellitus with hyperglycemia |
| E13.321 | Other specified diabetes mellitus with mild nonproliferative diabetic retinopathy with macular edema |
| E13.329 | Other specified diabetes mellitus with mild nonproliferative diabetic retinopathy without macular edema |
| E13.331 | Other specified diabetes mellitus with moderate nonproliferative diabetic retinopathy with macular edema |
| E13.339 | Other specified diabetes mellitus with moderate nonproliferative diabetic retinopathy without macular edema |
| E13.341 | Other specified diabetes mellitus with severe nonproliferative diabetic retinopathy with macular edema |
| E13.349 | Other specified diabetes mellitus with severe nonproliferative diabetic retinopathy without macular edema |
| E13.351 | Other specified diabetes mellitus with proliferative diabetic retinopathy with macular edema |
| E13.359 | Other specified diabetes mellitus with proliferative diabetic retinopathy without macular edema |
| E13.36 | Other specified diabetes mellitus with diabetic cataract |
| E13.39 | Other specified diabetes mellitus with other diabetic ophthalmic complication |
| G35 | Multiple sclerosis |
| G45.3 | Amaurosis fugax |
| G93.2 | Benign intracranial hypertension |
| H30.001 - H30.003 | Unspecified focal chorioretinal inflammation, right eye - Unspecified focal chorioretinal inflammation, bilateral |

| ICD-10 Codes | Description |
|---|---|
| H30.011 - H30.013 | Focal chorioretinal inflammation, juxtapapillary, right eye - Focal chorioretinal inflammation, juxtapapillary, bilateral |
| H30.021 - H30.023 | Focal chorioretinal inflammation of posterior pole, right eye - Focal chorioretinal inflammation of posterior pole, bilateral |
| H30.031 - H30.033 | Focal chorioretinal inflammation, peripheral, right eye - Focal chorioretinal inflammation, peripheral, bilateral |
| H30.041 - H30.043 | Focal chorioretinal inflammation, macular or paramacular, right eye - Focal chorioretinal inflammation, macular or paramacular, bilateral |
| H30.101 - H30.103 | Unspecified disseminated chorioretinal inflammation, right eye - Unspecified disseminated chorioretinal inflammation, bilateral |
| H30.111 - H30.113 | Disseminated chorioretinal inflammation of posterior pole, right eye - Disseminated chorioretinal inflammation of posterior pole, bilateral |
| H30.121 - H30.123 | Disseminated chorioretinal inflammation, peripheral right eye - Disseminated chorioretinal inflammation, peripheral, bilateral |
| H30.131 - H30.133 | Disseminated chorioretinal inflammation, generalized, right eye - Disseminated chorioretinal inflammation, generalized, bilateral |
| H30.141 - H30.143 | Acute posterior multifocal placoid pigment epitheliopathy, right eye - Acute posterior multifocal placoid pigment epitheliopathy, bilateral |
| H30.21 - H30.23 | Posterior cyclitis, right eye - Posterior cyclitis, bilateral |
| H30.811 - H30.813 | Harada's disease, right eye - Harada's disease, bilateral |
| H30.891 - H30.893 | Other chorioretinal inflammations, right eye - Other chorioretinal inflammations, bilateral |
| H31.021 - H31.023 | Solar retinopathy, right eye - Solar retinopathy, bilateral |
| H31.101 - H31.103 | Choroidal degeneration, unspecified, right eye - Choroidal degeneration, unspecified, bilateral |
| H31.111 - H31.113 | Age-related choroidal atrophy, right eye - Age-related choroidal atrophy, bilateral |
| H31.121 - H31.123 | Diffuse secondary atrophy of choroid, right eye - Diffuse secondary atrophy of choroid, bilateral |
| H31.21 | Choroideremia |
| H31.29 | Other hereditary choroidal dystrophy |
| H31.321 - H31.323 | Choroidal rupture, right eye - Choroidal rupture, bilateral |
| H31.411 - H31.413 | Hemorrhagic choroidal detachment, right eye - Hemorrhagic choroidal detachment, bilateral |
| H31.421 - H31.423 | Serous choroidal detachment, right eye - Serous choroidal detachment, bilateral |
| H33.101 - H33.103 | Unspecified retinoschisis, right eye - Unspecified retinoschisis, bilateral |
| H33.111 - H33.113 | Cyst of ora serrata, right eye - Cyst of ora serrata, bilateral |
| H33.191 - H33.193 | Other retinoschisis and retinal cysts, right eye - Other retinoschisis and retinal cysts, bilateral |
| H33.21 - H33.23 | Serous retinal detachment, right eye - Serous retinal detachment, bilateral |
| H34.01 - H34.03 | Transient retinal artery occlusion, right eye - Transient retinal artery occlusion, bilateral |
| H34.11 - H34.13 | Central retinal artery occlusion, right eye - Central retinal artery occlusion, bilateral |
| H34.231 - H34.233 | Retinal artery branch occlusion, right eye - Retinal artery branch occlusion, bilateral |
| H34.811 - H34.813 | Central retinal vein occlusion, right eye - Central retinal vein occlusion, bilateral |
| H34.821 - H34.823 | Venous engorgement, right eye - Venous engorgement, bilateral |
| H34.831 - H34.833 | Tributary (branch) retinal vein occlusion, right eye - Tributary (branch) retinal vein occlusion, bilateral |
| H34.9 | Unspecified retinal vascular occlusion |
| H35.00 | Unspecified background retinopathy |

| ICD-10 Codes | Description |
|---|---|
| H35.021 - H35.023 | Exudative retinopathy, right eye - Exudative retinopathy, bilateral |
| H35.031 - H35.033 | Hypertensive retinopathy, right eye - Hypertensive retinopathy, bilateral |
| H35.041 - H35.043 | Retinal micro-aneurysms, unspecified, right eye - Retinal micro-aneurysms, unspecified, bilateral |
| H35.051 - H35.053 | Retinal neovascularization, unspecified, right eye - Retinal neovascularization, unspecified, bilateral |
| H35.061 - H35.063 | Retinal vasculitis, right eye - Retinal vasculitis, bilateral |
| H35.071 - H35.073 | Retinal telangiectasis, right eye - Retinal telangiectasis, bilateral |
| H35.09 | Other intraretinal microvascular abnormalities |
| H35.21 - H35.23 | Other non-diabetic proliferative retinopathy, right eye - Other non-diabetic proliferative retinopathy, bilateral |
| H35.30 - H35.33 | Unspecified macular degeneration - Angioid streaks of macula |
| H35.341 - H35.343 | Macular cyst, hole, or pseudohole, right eye - Macular cyst, hole, or pseudohole, bilateral |
| H35.351 - H35.353 | Cystoid macular degeneration, right eye - Cystoid macular degeneration, bilateral |
| H35.371 - H35.373 | Puckering of macula, right eye - Puckering of macula, bilateral |
| H35.381 - H35.383 | Toxic maculopathy, right eye - Toxic maculopathy, bilateral |
| H35.52 - H35.54 | Pigmentary retinal dystrophy - Dystrophies primarily involving the retinal pigment epithelium |
| H35.61 - H35.63 | Retinal hemorrhage, right eye - Retinal hemorrhage, bilateral |
| H35.711 - H35.713 | Central serous chorioretinopathy, right eye - Central serous chorioretinopathy, bilateral |
| H35.721 - H35.723 | Serous detachment of retinal pigment epithelium, right eye - Serous detachment of retinal pigment epithelium, bilateral |
| H35.731 - H35.733 | Hemorrhagic detachment of retinal pigment epithelium, right eye - Hemorrhagic detachment of retinal pigment epithelium, bilateral |
| H35.81 | Retinal edema |
| H35.82 | Retinal ischemia |
| H44.21 - H44.23 | Degenerative myopia, right eye - Degenerative myopia, bilateral |
| H46.01 - H46.03 | Optic papillitis, right eye - Optic papillitis, bilateral |
| H47.011 - H47.013 | Ischemic optic neuropathy, right eye - Ischemic optic neuropathy, bilateral |
| H47.10 | Unspecified papilledema |
| H47.11 - H47.13 | Papilledema associated with increased intracranial pressure - Papilledema associated with retinal disorder |
| H47.141 - H47.143 | Foster-Kennedy syndrome, right eye - Foster-Kennedy syndrome, bilateral |
| H47.321 - H47.323 | Drusen of optic disc, right eye - Drusen of optic disc, bilateral |
| H47.331 - H47.333 | Pseudopapilledema of optic disc, right eye - Pseudopapilledema of optic disc, bilateral |
| H47.391 - H47.393 | Other disorders of optic disc, right eye - Other disorders of optic disc, bilateral |
| H59.031 - H59.033 | Cystoid macular edema following cataract surgery, right eye - Cystoid macular edema following cataract surgery, bilateral |
| M05.411 | Rheumatoid myopathy with rheumatoid arthritis of right shoulder |
| M05.412 | Rheumatoid myopathy with rheumatoid arthritis of left shoulder |
| M05.421 | Rheumatoid myopathy with rheumatoid arthritis of right elbow |
| M05.422 | Rheumatoid myopathy with rheumatoid arthritis of left elbow |
| M05.431 | Rheumatoid myopathy with rheumatoid arthritis of right wrist |

| ICD-10 Codes | Description |
|---|---|
| M05.432 | Rheumatoid myopathy with rheumatoid arthritis of left wrist |
| M05.441 | Rheumatoid myopathy with rheumatoid arthritis of right hand |
| M05.442 | Rheumatoid myopathy with rheumatoid arthritis of left hand |
| M05.451 | Rheumatoid myopathy with rheumatoid arthritis of right hip |
| M05.452 | Rheumatoid myopathy with rheumatoid arthritis of left hip |
| M05.461 | Rheumatoid myopathy with rheumatoid arthritis of right knee |
| M05.462 | Rheumatoid myopathy with rheumatoid arthritis of left knee |
| M05.471 | Rheumatoid myopathy with rheumatoid arthritis of right ankle and foot |
| M05.472 | Rheumatoid myopathy with rheumatoid arthritis of left ankle and foot |
| M05.49 | Rheumatoid myopathy with rheumatoid arthritis of multiple sites |
| M05.511 | Rheumatoid polyneuropathy with rheumatoid arthritis of right shoulder |
| M05.512 | Rheumatoid polyneuropathy with rheumatoid arthritis of left shoulder |
| M05.521 | Rheumatoid polyneuropathy with rheumatoid arthritis of right elbow |
| M05.522 | Rheumatoid polyneuropathy with rheumatoid arthritis of left elbow |
| M05.531 | Rheumatoid polyneuropathy with rheumatoid arthritis of right wrist |
| M05.532 | Rheumatoid polyneuropathy with rheumatoid arthritis of left wrist |
| M05.541 | Rheumatoid polyneuropathy with rheumatoid arthritis of right hand |
| M05.542 | Rheumatoid polyneuropathy with rheumatoid arthritis of left hand |
| M05.551 | Rheumatoid polyneuropathy with rheumatoid arthritis of right hip |
| M05.552 | Rheumatoid polyneuropathy with rheumatoid arthritis of left hip |
| M05.561 | Rheumatoid polyneuropathy with rheumatoid arthritis of right knee |
| M05.562 | Rheumatoid polyneuropathy with rheumatoid arthritis of left knee |
| M05.571 | Rheumatoid polyneuropathy with rheumatoid arthritis of right ankle and foot |
| M05.572 | Rheumatoid polyneuropathy with rheumatoid arthritis of left ankle and foot |
| M05.59 | Rheumatoid polyneuropathy with rheumatoid arthritis of multiple sites |
| M05.711 | Rheumatoid arthritis with rheumatoid factor of right shoulder without organ or systems involvement |
| M05.712 | Rheumatoid arthritis with rheumatoid factor of left shoulder without organ or systems involvement |
| M05.721 | Rheumatoid arthritis with rheumatoid factor of right elbow without organ or systems involvement |
| M05.722 | Rheumatoid arthritis with rheumatoid factor of left elbow without organ or systems involvement |
| M05.731 | Rheumatoid arthritis with rheumatoid factor of right wrist without organ or systems involvement |
| M05.732 | Rheumatoid arthritis with rheumatoid factor of left wrist without organ or systems involvement |
| M05.741 | Rheumatoid arthritis with rheumatoid factor of right hand without organ or systems involvement |
| M05.742 | Rheumatoid arthritis with rheumatoid factor of left hand without organ or systems involvement |
| M05.751 | Rheumatoid arthritis with rheumatoid factor of right hip without organ or systems involvement |
| M05.752 | Rheumatoid arthritis with rheumatoid factor of left hip without organ or systems involvement |
| M05.761 | Rheumatoid arthritis with rheumatoid factor of right knee without organ or systems involvement |
| M05.762 | Rheumatoid arthritis with rheumatoid factor of left knee without organ or systems involvement |
| M05.771 | Rheumatoid arthritis with rheumatoid factor of right ankle and foot without organ or systems involvement |
| M05.772 | Rheumatoid arthritis with rheumatoid factor of left ankle and foot without organ or systems involvement |
| M05.79 | Rheumatoid arthritis with rheumatoid factor of multiple sites without organ or systems involvement |
| M05.811 | Other rheumatoid arthritis with rheumatoid factor of right shoulder |
| M05.812 | Other rheumatoid arthritis with rheumatoid factor of left shoulder |
| M05.821 | Other rheumatoid arthritis with rheumatoid factor of right elbow |
| M05.822 | Other rheumatoid arthritis with rheumatoid factor of left elbow |
| M05.831 | Other rheumatoid arthritis with rheumatoid factor of right wrist |
| M05.832 | Other rheumatoid arthritis with rheumatoid factor of left wrist |
| M05.841 | Other rheumatoid arthritis with rheumatoid factor of right hand |
| M05.842 | Other rheumatoid arthritis with rheumatoid factor of left hand |
| M05.851 | Other rheumatoid arthritis with rheumatoid factor of right hip |
| M05.852 | Other rheumatoid arthritis with rheumatoid factor of left hip |
| M05.861 | Other rheumatoid arthritis with rheumatoid factor of right knee |
| M05.862 | Other rheumatoid arthritis with rheumatoid factor of left knee |
| M05.871 | Other rheumatoid arthritis with rheumatoid factor of right ankle and foot |

| ICD-10 Codes | Description |
|---|---|
| M05.872 | Other rheumatoid arthritis with rheumatoid factor of left ankle and foot |
| M05.89 | Other rheumatoid arthritis with rheumatoid factor of multiple sites |
| M06.011 | Rheumatoid arthritis without rheumatoid factor, right shoulder |
| M06.012 | Rheumatoid arthritis without rheumatoid factor, left shoulder |
| M06.021 | Rheumatoid arthritis without rheumatoid factor, right elbow |
| M06.022 | Rheumatoid arthritis without rheumatoid factor, left elbow |
| M06.031 | Rheumatoid arthritis without rheumatoid factor, right wrist |
| M06.032 | Rheumatoid arthritis without rheumatoid factor, left wrist |
| M06.041 | Rheumatoid arthritis without rheumatoid factor, right hand |
| M06.042 | Rheumatoid arthritis without rheumatoid factor, left hand |
| M06.051 | Rheumatoid arthritis without rheumatoid factor, right hip |
| M06.052 | Rheumatoid arthritis without rheumatoid factor, left hip |
| M06.061 | Rheumatoid arthritis without rheumatoid factor, right knee |
| M06.062 | Rheumatoid arthritis without rheumatoid factor, left knee |
| M06.071 | Rheumatoid arthritis without rheumatoid factor, right ankle and foot |
| M06.072 | Rheumatoid arthritis without rheumatoid factor, left ankle and foot |
| M06.08 | Rheumatoid arthritis without rheumatoid factor, vertebrae |
| M06.09 | Rheumatoid arthritis without rheumatoid factor, multiple sites |
| M06.211 | Rheumatoid bursitis, right shoulder |
| M06.212 | Rheumatoid bursitis, left shoulder |
| M06.221 | Rheumatoid bursitis, right elbow |
| M06.222 | Rheumatoid bursitis, left elbow |
| M06.231 | Rheumatoid bursitis, right wrist |
| M06.232 | Rheumatoid bursitis, left wrist |
| M06.241 | Rheumatoid bursitis, right hand |
| M06.242 | Rheumatoid bursitis, left hand |
| M06.251 | Rheumatoid bursitis, right hip |
| M06.252 | Rheumatoid bursitis, left hip |
| M06.261 | Rheumatoid bursitis, right knee |
| M06.262 | Rheumatoid bursitis, left knee |
| M06.271 | Rheumatoid bursitis, right ankle and foot |
| M06.272 | Rheumatoid bursitis, left ankle and foot |
| M06.28 | Rheumatoid bursitis, vertebrae |
| M06.29 | Rheumatoid bursitis, multiple sites |
| M06.311 | Rheumatoid nodule, right shoulder |
| M06.312 | Rheumatoid nodule, left shoulder |
| M06.321 | Rheumatoid nodule, right elbow |
| M06.322 | Rheumatoid nodule, left elbow |
| M06.331 | Rheumatoid nodule, right wrist |
| M06.332 | Rheumatoid nodule, left wrist |
| M06.341 | Rheumatoid nodule, right hand |
| M06.342 | Rheumatoid nodule, left hand |
| M06.351 | Rheumatoid nodule, right hip |
| M06.352 | Rheumatoid nodule, left hip |
| M06.361 | Rheumatoid nodule, right knee |
| M06.362 | Rheumatoid nodule, left knee |
| M06.371 | Rheumatoid nodule, right ankle and foot |
| M06.372 | Rheumatoid nodule, left ankle and foot |
| M06.38 | Rheumatoid nodule, vertebrae |
| M06.39 | Rheumatoid nodule, multiple sites |
| M06.811 | Other specified rheumatoid arthritis, right shoulder |
| M06.812 | Other specified rheumatoid arthritis, left shoulder |
| M06.821 | Other specified rheumatoid arthritis, right elbow |
| M06.822 | Other specified rheumatoid arthritis, left elbow |
| M06.831 | Other specified rheumatoid arthritis, right wrist |
| M06.832 | Other specified rheumatoid arthritis, left wrist |
| M06.841 | Other specified rheumatoid arthritis, right hand |
| M06.842 | Other specified rheumatoid arthritis, left hand |

| ICD-10 Codes | Description |
|---|---|
| M06.851 | Other specified rheumatoid arthritis, right hip |
| M06.852 | Other specified rheumatoid arthritis, left hip |
| M06.861 | Other specified rheumatoid arthritis, right knee |
| M06.862 | Other specified rheumatoid arthritis, left knee |
| M06.871 | Other specified rheumatoid arthritis, right ankle and foot |
| M06.872 | Other specified rheumatoid arthritis, left ankle and foot |
| M06.88 | Other specified rheumatoid arthritis, vertebrae |
| M06.89 | Other specified rheumatoid arthritis, multiple sites |
| Q14.8 | Other congenital malformations of posterior segment of eye |
| Z09 | Encounter for follow-up examination after completed treatment for conditions other than malignant neoplasm |
| Z79.3 | Long term (current) use of hormonal contraceptives |
| Z79.891 | Long term (current) use of opiate analgesic |
| Z79.899 | Other long term (current) drug therapy |

**Group 2 Paragraph:** 92235

Use ICD-10-CM B39.9 with the following

**Group 2 Codes:**

| ICD-10 Codes | Description |
|---|---|
| H32 | Chorioretinal disorders in diseases classified elsewhere |

**Group 3 Paragraph:** ICD-10-CM Codes For **Indocyanine Green Angiography (92240)**

**Group 3 Codes:**

| ICD-10 Codes | Description |
|---|---|
| A18.53 | Tuberculous chorioretinitis |
| H30.101 - H30.103 | Unspecified disseminated chorioretinal inflammation, right eye - Unspecified disseminated chorioretinal inflammation, bilateral |
| H30.111 - H30.113 | Disseminated chorioretinal inflammation of posterior pole, right eye - Disseminated chorioretinal inflammation of posterior pole, bilateral |
| H30.121 - H30.123 | Disseminated chorioretinal inflammation, peripheral right eye - Disseminated chorioretinal inflammation, peripheral, bilateral |
| H30.131 - H30.133 | Disseminated chorioretinal inflammation, generalized, right eye - Disseminated chorioretinal inflammation, generalized, bilateral |
| H31.8 | Other specified disorders of choroid |
| H32 | Chorioretinal disorders in diseases classified elsewhere |
| H35.051 - H35.053 | Retinal neovascularization, unspecified, right eye - Retinal neovascularization, unspecified, bilateral |
| H35.09 | Other intraretinal microvascular abnormalities |
| H35.32 | Exudative age-related macular degeneration |
| H35.61 - H35.63 | Retinal hemorrhage, right eye - Retinal hemorrhage, bilateral |
| H35.711 - H35.713 | Central serous chorioretinopathy, right eye - Central serous chorioretinopathy, bilateral |
| H35.721 - H35.723 | Serous detachment of retinal pigment epithelium, right eye - Serous detachment of retinal pigment epithelium, bilateral |
| H35.731 - H35.733 | Hemorrhagic detachment of retinal pigment epithelium, right eye - Hemorrhagic detachment of retinal pigment epithelium, bilateral |

ICD-10 Codes that DO NOT Support Medical Necessity
**Group 1 Paragraph: Use of any ICD-10-CM code not listed in the "ICD-10-CM Codes that Support Medical Necessity" section of this LCD will be denied. In addition, the following ICD-10-CM codes are specifically listed as not supporting medical necessity for emphasis for indocyanine green angiography, and to avoid any provider errors.**

**Group 1 Codes:**

| ICD-10 Codes | Description |
|---|---|
| E08.311 | Diabetes mellitus due to underlying condition with unspecified diabetic retinopathy with macular edema |
| E08.319 | Diabetes mellitus due to underlying condition with unspecified diabetic retinopathy without macular edema |
| E08.321 | Diabetes mellitus due to underlying condition with mild nonproliferative diabetic retinopathy with macular edema |
| E08.329 | Diabetes mellitus due to underlying condition with mild nonproliferative diabetic retinopathy without macular edema |
| E08.331 | Diabetes mellitus due to underlying condition with moderate nonproliferative diabetic retinopathy with macular edema |
| E08.339 | Diabetes mellitus due to underlying condition with moderate nonproliferative diabetic retinopathy without macular edema |
| E08.341 | Diabetes mellitus due to underlying condition with severe nonproliferative diabetic retinopathy with macular edema |
| E08.349 | Diabetes mellitus due to underlying condition with severe nonproliferative diabetic retinopathy without macular edema |
| E08.351 | Diabetes mellitus due to underlying condition with proliferative diabetic retinopathy with macular edema |
| E08.359 | Diabetes mellitus due to underlying condition with proliferative diabetic retinopathy without macular edema |
| E09.311 | Drug or chemical induced diabetes mellitus with unspecified diabetic retinopathy with macular edema |
| E09.319 | Drug or chemical induced diabetes mellitus with unspecified diabetic retinopathy without macular edema |
| E09.321 | Drug or chemical induced diabetes mellitus with mild nonproliferative diabetic retinopathy with macular edema |
| E09.329 | Drug or chemical induced diabetes mellitus with mild nonproliferative diabetic retinopathy without macular edema |
| E09.331 | Drug or chemical induced diabetes mellitus with moderate nonproliferative diabetic retinopathy with macular edema |
| E09.339 | Drug or chemical induced diabetes mellitus with moderate nonproliferative diabetic retinopathy without macular edema |
| E09.341 | Drug or chemical induced diabetes mellitus with severe nonproliferative diabetic retinopathy with macular edema |
| E09.349 | Drug or chemical induced diabetes mellitus with severe nonproliferative diabetic retinopathy without macular edema |
| E09.351 | Drug or chemical induced diabetes mellitus with proliferative diabetic retinopathy with macular edema |
| E09.359 | Drug or chemical induced diabetes mellitus with proliferative diabetic retinopathy without macular edema |
| E10.311 | Type 1 diabetes mellitus with unspecified diabetic retinopathy with macular edema |
| E10.319 | Type 1 diabetes mellitus with unspecified diabetic retinopathy without macular edema |
| E10.321 | Type 1 diabetes mellitus with mild nonproliferative diabetic retinopathy with macular edema |
| E10.329 | Type 1 diabetes mellitus with mild nonproliferative diabetic retinopathy without macular edema |
| E10.331 | Type 1 diabetes mellitus with moderate nonproliferative diabetic retinopathy with macular edema |
| E10.339 | Type 1 diabetes mellitus with moderate nonproliferative diabetic retinopathy without macular edema |
| E10.341 | Type 1 diabetes mellitus with severe nonproliferative diabetic retinopathy with macular edema |
| E10.349 | Type 1 diabetes mellitus with severe nonproliferative diabetic retinopathy without macular edema |
| E10.351 | Type 1 diabetes mellitus with proliferative diabetic retinopathy with macular edema |
| E10.359 | Type 1 diabetes mellitus with proliferative diabetic retinopathy without macular edema |
| E11.311 | Type 2 diabetes mellitus with unspecified diabetic retinopathy with macular edema |
| E11.319 | Type 2 diabetes mellitus with unspecified diabetic retinopathy without macular edema |
| E11.321 | Type 2 diabetes mellitus with mild nonproliferative diabetic retinopathy with macular edema |
| E11.329 | Type 2 diabetes mellitus with mild nonproliferative diabetic retinopathy without macular edema |
| E11.331 | Type 2 diabetes mellitus with moderate nonproliferative diabetic retinopathy with macular edema |
| E11.339 | Type 2 diabetes mellitus with moderate nonproliferative diabetic retinopathy without macular edema |
| E11.341 | Type 2 diabetes mellitus with severe nonproliferative diabetic retinopathy with macular edema |

| ICD-10 Codes | Description |
|---|---|
| E11.349 | Type 2 diabetes mellitus with severe nonproliferative diabetic retinopathy without macular edema |
| E11.351 | Type 2 diabetes mellitus with proliferative diabetic retinopathy with macular edema |
| E11.359 | Type 2 diabetes mellitus with proliferative diabetic retinopathy without macular edema |
| E13.311 | Other specified diabetes mellitus with unspecified diabetic retinopathy with macular edema |
| E13.319 | Other specified diabetes mellitus with unspecified diabetic retinopathy without macular edema |
| E13.321 | Other specified diabetes mellitus with mild nonproliferative diabetic retinopathy with macular edema |
| E13.329 | Other specified diabetes mellitus with mild nonproliferative diabetic retinopathy without macular edema |
| E13.331 | Other specified diabetes mellitus with moderate nonproliferative diabetic retinopathy with macular edema |
| E13.339 | Other specified diabetes mellitus with moderate nonproliferative diabetic retinopathy without macular edema |
| E13.341 | Other specified diabetes mellitus with severe nonproliferative diabetic retinopathy with macular edema |
| E13.349 | Other specified diabetes mellitus with severe nonproliferative diabetic retinopathy without macular edema |
| E13.351 | Other specified diabetes mellitus with proliferative diabetic retinopathy with macular edema |
| E13.359 | Other specified diabetes mellitus with proliferative diabetic retinopathy without macular edema |
| H35.00 | Unspecified background retinopathy |

ICD-10 Additional Information

Back to Top

# General Information

**Associated Information**
The patient's medical record must contain documentation that fully supports the medical necessity for fluorescein and indocyanine green angiography as it is covered by Medicare. (See "Indications and Limitations of Coverage.") This documentation includes, but is not limited to, relevant medical history, physical examination, and results of pertinent diagnostic tests or procedures.

Copies of fluorescein and indocyanine green angiograms (photographic or digital) must be retained in the patient's medical records. An interpretation and report of the test must also be included, in addition to the photographs themselves.

The medical record should include documentation of one of the following when indocyanine green angiography is performed:

- Evidence of ill-defined subretinal neovascular membrane or suspicious membrane on previous fluorescein angiography
- Retinal pigment epithelium (RPE) does not show subretinal neovascular membrane on current fluorescein angiography
- Presence of subretinal hemorrhage or hemorrhagic retinal pigment epithelium. A fluorescein angiography need not have been done previously.

Evidence of medical necessity must be documented in the medical record for each eye.

Documentation, including photos, must be available to Medicare upon request.

Not applicable

Fluorescein angiography is considered medically necessary no more than nine (9) times per eye in 365 days. Claims exceeding this frequency will be suspended and reviewed for medical necessity.

Indocyanine green angiography is considered medically necessary no more than nine (9) times per eye in 365 days. Claims exceeding this frequency will be suspended and reviewed for medical necessity.

Fluorescein angiography performed within 30 days of indocyanine green angiography will be denied as not medically necessary, unless there is documentation in the patient's medical record of co-existing diseases such as age-related macular degeneration or diabetes.

Sources of Information and Basis for Decision
This bibliography presents those sources that were obtained during the development of this policy. CGS Administrators, LLC. is not responsible for the continuing viability of Web site addresses listed below.

Arevalo JF, Fuenmayor-Rivera D, Giral AE, Murcia E. Inflammation of the posterior uvea: findings on fundus fluorescein and indocyanine green angiography. *Ocul Immunol Inflamm.* 2006;14(3):171-9.

Bakri SJ, Sculley LA, Sing AD. Imaging techniques for uveal melanoma. *Int Ophthalmol Clin.* 2006;46(1):1-13. Available from:
http://gateway.ut.ovid.com.proxy.medlib.iupui.edu/qw2/ovidweb.cgi. Accessed November 15, 2006.

Battaglia PM, Da Pozzo S, Ravalico G. Angiographic pattern of recurrent choroidal neovascularization in age-related macular degeneration. *Eye.* 2004;18(7):685-90.

Bennett T. Fundamentals of fluorescein angiography indications and uses Ophthalmic Photographers Society. Available from: http://www.opsweb.org/OpPhoto/Angio/FA/FA3.html Accessed on 4/6/2007.

Bischoff P, Helbig H, Niederberger H, Torok B. Simultaneous ICG- and fluorescein-angiography for fundus examination. *Klin Monatsbl Augenheilkd.* 2000;216(2):120-5. German.

Bischoff PM, Niederberger HJ, Torok B, Speiser P. Simultaneous indocyanine green and fluorescein angiography. *Retina.* 1995;15(2):91-9.

Bottoini FG, Aandekerk AL, Deutman AF. Clinical application of digital indocyanine green videoangiography in senile macular degeneration. *Graefes Arch Clin Exp Ophthalmol.* 1994;232(8):458-68.

Bouchenaki N, Cimino L, Auer C, Tao Tran V, Herbort CP. Assessment and classification of choroidal vasculitis in posterior uveitis using indocyanine green angiography. *Klin Monatsbl Augenheilkd.* 2002;219(4):243-9.

Carrier Medical Director Ophthalmology Clinical Workgroup.

Cimino L, Auer C, Herbort CP. Indocyanine green videoangiography of multifocal Cryptococcus neoformans choroiditis in a patient with acquired immunodeficiency syndrome. *Retina.* 2001;21(5):537-41.

Coscas G, Coscas F, Soubrane G. Monitoring the patient after treatment: angiographic aspects of recurrence and indications for retreatment. *J Fr Ophtalmol.* 2004;27(1):81-92. French.

Dyer DS, Brant AM, Schachat AP, Bressler SB, Bressler NM. Angiographic features and outcome of questionable recurrent choroidal neovascularization. *Am J Ophthalmol.* 1995;120(4):497-505.

Guyer D. *Principles of Indocyanine-Green Angiography, Retina Vitreous-Macula.* W.B.Saunders. 1999;chapter 3:39-46.

Helbig H, Niederberger H, Valmaggia C, Bischoff P. Simultaneous fluorescein and indocyanine green angiography for exudative macular degeneration. *Klin Monatsbl Augenheilkd.* 2005;222(3):202-5.

Jampol, Lee M. Hypertension and Visual Outcome in the Macular Photocoagulation Study. *Arch Ophthalmol.* 1991;109(6):789-790.

Khairallah M, Ben Yahiak S, Attia S, et al. Indocyanine green angiographic features in multifocal chorioretinitis associated with West Nile virus infection. *Retina.* 2006;26(3):358-9.

Kramer M, Mimouni K, Priel E, Yassur Y, Weinberger D. Comparison of fluorescein angiography and indocyanine green angiography for imaging of choroidal neovascularization in hemorrhagic age-related macular degeneration. *Am J Ophthalmol.* 2000;129(4):495-500.

Mandava N. *Principles of Fluorescein Angiography, Retina Vitreous-Macula.* W.B.Saunders. 1999;chapter 4:29-38.

Mayfeild J. Who cares about the quality of diabetes care? Almost everyone! *Clin Diabetes* 1998;16(4).Available at: http://journal.diabetes.org/clinicaldiabetes/v16n41998/Mayfield.htm. Accessed July 21, 2006.

National Guideline Clearinghouse. Age-related macular degeneration. Limited revision. www.guideline.gov. Accessed July 21, 2006.

National Guideline Clearinghouse. Care of the patient with retinal detachment and related peripheral vitreoretinal disease. Available at: www.guideline.gov. Accessed July 21, 2006.

No authors listed. Laser photocoagulation of subfoveal neovascular lesions of age-related macular degeneration. Updated findings from two clinical trials. Macular Photocoagulation Study Group. *Arch Ophthalmol.* 1993;111(9):1200-9.

No authors listed. Persistent and recurrent neovascularization after krypton laser photocoagulation for neovascular lesions of age-related macular degeneration. Macular Photocoagulation Study Group. *Arch Ophthalmol.* 1990;108(6):825-31.

No authors listed. Persistent and recurrent neovascularization after krypton laser photocoagulation for neovascular lesions of ocular histoplasmosis. Macular Photocoagulation Study Group. *Arch Ophthalmol.* 1989;107(3):344-52.

No authors listed, Recurrent choroidal neovascularization after argon laser photocoagulation for neovascular maculopathy. Macular Photocoagulation Study Group. *Arch Ophthalmol.* 1986;104(4):503-12.

Obana A, Gohto Y, Matsumoto M, Miki T, Nishiguti K. Indocyanine green angiographic features prognostic of visual outcome in the natural course of patients with age related macular degeneration. *British Journal of Ophthalmology.* 1999;83:429-437.

Other carrier policy (Empire Medical Services [effective 01/01/2006] L2170 R1). Available at: http://www.cms.hhs.gov/mcd/results.asp?show=all&t=200647152649. Accessed December 7, 2006.

Other carrier policy (First Coast Service Options [effective 10/01/2005] L1223 R3). Available at: http://www.cms.hhs.gov/mcd/results.asp?show=all&t=200647152649. Accessed July 21, 2006.

Other carrier policy (WPS [effective 10/01/2006] L17998 R9). Available at: http://www.cms.hhs.gov/mcd/results.asp?show=all&t=200647152649. Accessed December 7, 2006.

Other carrier policy (WPS [effective 10/01/2006] L17997 R6). Available at: http://www.cms.hhs.gov/mcd/results.asp?show=all&t=200647152649. Accessed July 21, 2006.

Other carrier policy: Riverbend Government Benefits Administrator Local Coverage Determination Indocyanine Green Angiography (#L1244). Accessed July 21, 2006.

Other carrier policy: Wheatlands Administrative Services Local Coverage Determination Indocyanine Green Angiography and Angioscopy (#L22232). Accessed July 21, 2006.

Pece A, Sannace C, Menchini U, et al. Fluorescein angiography and indocyanine green angiography for identifying occult choroidal neovascularization in age-related macular degeneration. *Eur J Ophthalmol.* 2005;15(6):759-63.

Regillo CD, Blade KA, Custis PH, O'Connell SR. Evaluating persistent and recurrent choroidal neovascularization: The role of indocyanine green angiography. *Ophthalmology* 1998;105:1821-1826.

Regillo CD, Benson WE, Maguire JI, Annesley WH Jr. Indocyanine green angiography and occult choroidal neovascularization. *Ophthalmology.* 1994;101(2):280-8.

Reichel E, Duker JS, Puliafito CA. Indocyanine green angiography and choroidal neovascularization obscured by hemorrhage. *Ophthalmology.* 1995;102:1871-1876.

Risk Factors for Neovascular Age-Related Macular Degeneration. The Eye Disease Case-Control Study Group, 1992. *Arch Ophthalmology.* 1992;110.

Sing RP, Young LH. Diagnostic tests for posterior segment inflammation. *Int Ophthalmol Clin.* 2006;46(2):195-208. Available at http://gateway.ut.ovid.com.proxy.medlib.iupui.edu/qw2/ovidweb.cgi. Accessed November 15, 2006.

Slakter JS, Giovannini A, Yannuzzi LA, et al. Indocyanine green angiography of multifocal choroiditis. *Ophthalmology.* 1997;104(11):1813-9.

Stanga PE, Lim JI, Hamilton P. Indocyanine green angiography in chorioretinal diseases: indications and

interpretation: an evidence-based update. *Ophthalmology.* 2003;110(1):15-21; quiz 22-3. Review

Sykes SO, Bressler NM, Maguire MG, Schachat AP, Bressler SB. Detecting recurrent choroidal neovascularization. Comparison of clinical examination with and without fluorescein angiography. *Arch Ophthalmol.* 1994;112(12):1561-6.

The Ophthalmic Photographers' Society web page. (May 30, 2006). Fundamentals of fluorescein angiography indications and uses. Available at http://www.opsweb.org/Op-Photo/Angio/FA/FA#.htm. Accessed July 21, 2006.

Vadala M, Lodato G. Cillino S. Multifocal choroiditis: indocyanine green angiographic features. *Ophthalmologica.* 2001;215(1):16-21.

Van Liefferinge T, Sallet G, De Laey JJ. Indocyanine green angiography in cases of inflammatory chorioretinopathy. *Bull Soc Belge Ophtalmol.* 1995;257:73-81.

Watzke RC, Klein ML, Hiner CJ, Chan BK, Kraemer DF. A comparison of stereoscopic fluorescein angiography with indocyanine videoangiography in age-related macular degeneration. *Ophthalmology.* 2000;107:1601-1606.

Wolf S, Kirchof B, Reim M. The Ocular Fundus: *From Findings to Diagnosis.* Georg Thieme Verlag. 2006:11-13.
Back to Top

# Revision History Information

Please note: Most Revision History entries effective on or before 01/24/2013 display with a Revision History Number of "R1" at the bottom of this table. However, there may be LCDs where these entries will display as a separate and distinct row.

| Revision History Date | Revision History Number | Revision History Explanation | Reason(s) for Change |
|---|---|---|---|
| 10/01/2015 | R5 | R5<br>Update to R4<br>Revision Effective: 10/01/2015<br>Revision Explanation: H47.10 was a typographical error and should have been the span H47.11-H47.13 and H47.141-H47.143 in group one. H47.10 will have a grace period until 03/14/2016 before being removed from the policy. | • Typographical Error |
| 10/01/2015 | R4 | R4<br>Revision Effective: 10/01/2015<br>Revision Explanation: H47.10 was a typographical error and should have been the span H47.11-H47.13 and added H47.141-H47.143 in group one. | • Typographical Error |
| 10/01/2015 | R3 | R3<br>Revision Effective: 10/01/2015<br>Revision Explanation: Added H59031-H59.033 for 92235 and corrected typo in group2 paragraph. | • Reconsideration Request |
| 10/01/2015 | R2 | R2<br>Revision Effective: 10/01/2015<br>Revision Explanation: Removed groups 3 and 4 since the secondary codes are listed in the stand alone group 1 diagnosis list these lists were added in error. Added E10.65 and E11.65 to group one list. | • Revisions Due To ICD-10-CM Code Changes |
| 10/01/2015 | R1 | R1<br>Revision Effective: 10/01/2015<br>Revision Explanation: Accepted revenue code description changes. | • Other (revenue code description) |

Back to Top

# Associated Documents

Attachments N/A

Related Local Coverage Documents Article(s) A52395 - Ophthalmic Angiography (Fluorescein and Indocyanine

Green) – Supplemental Instructions

Related National Coverage Documents N/A

Public Version(s) Updated on 01/26/2016 with effective dates 10/01/2015 - N/A Updated on 01/26/2016 with effective dates 10/01/2015 - N/A Updated on 12/16/2015 with effective dates 10/01/2015 - N/A Updated on 09/01/2015 with effective dates 10/01/2015 - N/A Updated on 06/15/2015 with effective dates 10/01/2015 - N/A Updated on 03/17/2014 with effective dates 10/01/2015 - N/A Back to Top

# **Keywords**

N/A Read the **LCD Disclaimer** Back to Top

# EXHIBIT "D"

**LCD for Ophthalmic Angiography (Fluorescein and Indocyanine Green) (L25347)**

## Contractor Information

### Contractor Name

National Government Services, Inc.

### Contractor Number

| Number | Type | State(s) |
|--------|------|----------|
| 00130 | FI | IN |
| 00131 | FI | IL |
| 00160 | FI | KY |
| 00332 | FI | OH |
| 00450 | FI | WI |
| 00452 | FI | MI |
| 00453 | FI | VA, WV |
| 00630 | Carrier | IN |
| 00660 | Carrier | KY |
| 13101 | MAC | CT – Part A |
| 13102 | MAC | CT – Part B |
| 13201 | MAC | NY – Part A |
| 13202 | MAC | NY – Part B |
| 13282 | MAC | NY – Part B |
| 13292 | MAC | NY – Part B |

### Contractor Type

Carrier
Fiscal Intermediary
MAC – Part A
MAC- Part B

## LCD Information

### LCD ID Number

L25347

### LCD Title

Ophthalmic Angiography (Fluorescein and Indocyanine Green)

### Contractor's Determination Number

L25347 (R4)

## AMA CPT / ADA CDT Copyright Statement

CPT codes, descriptions and other data only are copyright 2009 American Medical Association (or such other date of publication of CPT). All Rights Reserved. Applicable FARS/DFARS Clauses Apply. Current Dental Terminology, (CDT) (including procedure codes, nomenclature, descriptors and other data contained therein) is copyright by the American Dental Association. © 2002, 2004 American Dental Association. All rights reserved. Applicable FARS/DFARS apply.

## CMS National Coverage Policy

Language quoted from Centers for Medicare and Medicaid Services (CMS). National Coverage Determinations (NCDs) and coverage provisions in interpretive manuals is italicized throughout the policy. NCDs and coverage provisions in interpretive manuals are not subject to the Local Coverage Determination (LCD) Review Process (42 CFR 405.860[b] and 42 CFR 426 [Subpart D]). In addition, an administrative law judge may not review an NCD. See Section 1869(f)(1)(A)(i) of the Social Security Act.

Unless otherwise specified, *italicized* text represents quotation from one or more of the following CMS sources:

Title XVIII of the Social Security Act (SSA):

Section 1862(a)(1)(A) excludes expenses incurred for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member.

Section 1833(e) prohibits Medicare payment for any claim which lacks the necessary information to process the claim.

Section 1862(a) (7) excludes routine physical examination unless otherwise covered by statute.

Code of Federal Regulations:

42 CFR Section 410.32 indicates that diagnostic tests may only be ordered by the treating physician (or other treating practitioner acting within the scope of his or her license and Medicare requirements).

CMS Publications:

CMS Publication 100-03, *Medicare National Coverage Determinations*, Chapter 1:

   80.3 Coverage of photosensitive drugs.

## Primary Geographic Jurisdiction

| Number | Type | State(s) |
|--------|------|----------|
| 00130 | FI | IN |
| 00131 | FI | IL |
| 00160 | FI | KY |
| 00332 | FI | OH |
| 00450 | FI | WI |

| Number | Type | State(s) |
|--------|------|----------|
| 00452 | FI | MI |
| 00453 | FI | VA, WV |
| 00630 | Carrier | IN |
| 00660 | Carrier | KY |
| 13101 | MAC | CT – Part A |
| 13102 | MAC | CT – Part B |
| 13201 | MAC | NY – Part A |
| 13202 | MAC | NY – Part B |
| 13282 | MAC | NY – Part B |
| 13292 | MAC | NY – Part B |

**Oversight Region**

Region I, II, III, V

**Original Determination Effective Date**

For services performed on or after 12/01/2007

**Original Determination Ending Date**

**Revision Effective Date**

For services performed on or after 03/01/2010

**Revision Ending Date**

**Indications and Limitations of Coverage and/or Medical Necessity**
**Abstract:**

Fluorescein

Fluorescein angiography is used in the diagnosis and treatment of a wide range of ocular disorders. Its visible fluorescence on leaking from damaged vessels makes it particularly useful in the diagnosis of retinal vascular disorders and monitoring treatment of conditions amenable to laser photocoagulation.

The dye is injected intravenously and serial photographs are taken through the pupil. While morphological characteristics alone may be pathognomonic of certain disease states, the timing of appearance of the dye in the choroid, in the central retinal artery and in the filling (or otherwise) of the quadrants have diagnostic implications.

Indocyanine Green

Indocyanine green dye is injected intravenously into the patient to highlight the vessels in the retina and the deeper tissue layer of the choroid. Under infrared light, Indocyanine Green fluoresces allowing the choroidal vessels to be visualized through the retinal pigment epithelium or in the presence of retinal or vitreous hemorrhage that would otherwise obscure visualization. Indocyanine green angiography (ICG) is

effective in the diagnosis and treatment of ill-defined choroidal neovascularization (e.g., associated with age related macular degeneration). It is also useful in the evaluation of feeder vessels, choroidal leakages in the late phase, and ruptures of the pigment epithelium.

**Indications:**

Fluorescein

Fluorescein angiography with interpretation is medically necessary as an adjunct to the diagnosis of chorioretinal vascular abnormalities especially relating to choroid neovascularization, noninfective vasculitis, and age related macular degeneration. It may also be appropriate in evaluating intraocular tumors, visual loss in systemic disease, acute exudative inflammations such as toxoplasmosis and optic disc edema. Medical necessity for such angiography would generally be in the context of a changing clinical picture. Fluorescein angiography may be useful in diabetic retinopathy in identifying ischemia and neovascularization, locating microaneurysms, and defining macular edema.

Fluorescein angiography following treatment, for example, of choroidal neovascularization (CNV) is necessary to monitor for recurrence or to detect additional treatable disease. Usually this is performed on the basis of a change in the clinical picture similar to the way it is employed prior to treatment. However, fluorescein angiography may be performed following treatment without clinical change in order to detect occult lesions. This will occur most often in CNV and very rarely in other diseases.

Indocyanine Green

Indocyanine green angiography (ICG) may be a valuable diagnostic adjunct to fluorescein angiography in the evaluation of the following conditions:

- Retinal neovascularization
- Choroid neovascularization
- Serous detachment of retinal pigment epithelium
- Hemorrhagic detachment of retinal pigment epithelium
- Retinal hemorrhage

**Limitations:**

Fluorescein

Studies performed for screening will be denied by Medicare as not medically necessary.

Fluorescein angiography must be performed under the direct supervision (physician present in the office and immediately available) of a physician when done by a non-physician practitioner.

If excluded by State law, optometrists may not be reimbursed for fluorescein angiography.

Fluorescein angiography of an asymptomatic contralateral eye without new abnormalities on ophthalmoscopic exam, in patients with unilateral AMD or other disease, will be denied as not medically necessary. Evidence of medical necessity must be documented in the medical record for each eye.

Indocyanine Green

Indocyanine green angiography must be performed under the direct supervision (physician present in the office and immediately available) of a physician when done by a non-physician practitioner.

If excluded by State law, optometrists may not be reimbursed for ICG angiography.

Case 2:13-cv-03772-DMG-MRW   Document 100   Filed 09/05/17   Page 48 of 60   Page ID #:810

Indocyanine green is formulated with iodine and should not be used on patients who are allergic to iodine.

ICG for the evaluation of patients with background diabetic retinopathy is not considered to be a medically necessary service.

ICG angiography of an asymptomatic contralateral eye without new abnormalities on ophthalmoscopic exam, in patients with unilateral AMD or other disease, will be denied as not medically necessary. Evidence of medical necessity must be documented in the medical record for each eye.

Studies performed for screening will be denied by Medicare as not medically necessary.

**Other Comments:**

For claims submitted to the fiscal intermediary or Part A MAC: This coverage determination also applies within states outside the primary geographic jurisdiction with facilities that have nominated National Government Services to process their claims.

Bill type codes only apply to providers who bill these services to the fiscal intermediary or Part A MAC. Bill type codes do not apply to physicians, other professionals and suppliers who bill these services to the carrier or Part B MAC.

Limitation of liability and refund requirements apply when denials are based on medical necessity. The provider/supplier must notify the beneficiary in writing, prior to rendering the service, if the provider/supplier is aware that the test, item or procedure may not be considered medically necessary by Medicare. The limitation of liability and refund requirements do not apply when the test, item or procedure is statutorily excluded, has no Medicare benefit category or is rendered for screening purposes.

For outpatient settings other than CORFs, references to "physicians" throughout this policy include non-physicians, such as nurse practitioners, clinical nurse specialists and physician assistants. Such non-physician practitioners, with certain exceptions, may certify, order and establish the plan of care as authorized by State law. (See Sections 1861(s)(2) and 1862(a)(14) of Title XVIII of the Social Security Act; 42 CFR, Sections 410.74, 410.75, 410.76 and 419.22; 58 FR 18543, April 7, 2000.)

# Coding Information

**Bill Type Codes:**

**Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the policy does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the policy should be assumed to apply equally to all claims.**

| | |
|---|---|
| 12x | Hospital-inpatient or home health visits (Part B only) |
| 13x | Hospital-outpatient (HHA-A also) (under OPPS 13X must be used for ASC claims submitted for OPPS payment -- eff. 7/00) |
| 21x | SNF-inpatient, Part A |
| 22x | SNF-inpatient or home health visits (Part B only) |

| | |
|---|---|
| 23x | SNF-outpatient (HHA-A also) |
| 71x | Clinic-rural health |
| 75x | Clinic-CORF |
| 85x | Special facility or ASC surgery-rural primary care hospital (eff 10/94) |

**Revenue Codes:**

**Contractors may specify Revenue Codes to help providers identify those Revenue Codes typically used to report this service. In most instances Revenue Codes are purely advisory; unless specified in the policy services reported under other Revenue Codes are equally subject to this coverage determination. Complete absence of all Revenue Codes indicates that coverage is not influenced by Revenue Code and the policy should be assumed to apply equally to all Revenue Codes.**

Revenue codes only apply to providers who bill these services to the fiscal intermediary or Part A MAC. Revenue codes do not apply to physicians, other professional and suppliers who bill these services to the carrier or Part B MAC.

Please note that not all revenue codes apply to every type of bill code. Providers are encouraged to refer to the FISS revenue code file for allowable bill types. Similarly, not all revenue codes apply to each CPT/HCPCS code. Providers are encouraged to refer to the FISS HCPCS file for allowable revenue codes.

| | |
|---|---|
| 032X | Radiology diagnostic-general classification |
| 040X | Other imaging services-general classification |
| 052X | Free-standing clinic-general classification |
| 092X | Other diagnostic services-general classification |
| 096X | Professional fees-general classification |

**CPT/HCPCS Codes**

| | |
|---|---|
| 92235 | FLUORESCEIN ANGIOGRAPHY (INCLUDES MULTIFRAME IMAGING) WITH INTERPRETATION AND REPORT |
| 92240 | INDOCYANINE-GREEN ANGIOGRAPHY (INCLUDES MULTIFRAME IMAGING) WITH INTERPRETATION AND REPORT |

**ICD-9 Codes that Support Medical Necessity**

It is the responsibility of the provider to code to the highest level specified in the ICD-9-CM (e.g., to the fourth or fifth digit). The correct use of an ICD-9-CM code listed below does not assure coverage of a service. The service must be reasonable and necessary in the specific case and must meet the

criteria specified in this determination.

ICD-9-CM Codes for Fluorescein Angiography (92235)

| | |
|---|---|
| 042 | HUMAN IMMUNODEFICIENCY VIRUS (HIV) DISEASE |
| 115.92 | HISTOPLASMOSIS RETINITIS UNSPECIFIED |
| 130.2 | CHORIORETINITIS DUE TO TOXOPLASMOSIS |
| 135 | SARCOIDOSIS |
| 190.5 | MALIGNANT NEOPLASM OF RETINA |
| 190.6 | MALIGNANT NEOPLASM OF CHOROID |
| 224.5 | BENIGN NEOPLASM OF RETINA |
| 224.6 | BENIGN NEOPLASM OF CHOROID |
| 228.09 | HEMANGIOMA OF OTHER SITES |
| 249.50 | SECONDARY DIABETES MELLITUS WITH OPHTHALMIC MANIFESTATIONS, NOT STATED AS UNCONTROLLED, OR UNSPECIFIED |
| 249.51 | SECONDARY DIABETES MELLITUS WITH OPHTHALMIC MANIFESTATIONS, UNCONTROLLED |
| 250.50 | DIABETES WITH OPHTHALMIC MANIFESTATIONS, TYPE II OR UNSPECIFIED TYPE, NOT STATED AS UNCONTROLLED |
| 250.51 | DIABETES WITH OPHTHALMIC MANIFESTATIONS, TYPE I [JUVENILE TYPE], NOT STATED AS UNCONTROLLED |
| 250.52 | DIABETES WITH OPHTHALMIC MANIFESTATIONS, TYPE II OR UNSPECIFIED TYPE, UNCONTROLLED |
| 250.53 | DIABETES WITH OPHTHALMIC MANIFESTATIONS, TYPE I [JUVENILE TYPE], UNCONTROLLED |
| 282.60 | SICKLE-CELL DISEASE UNSPECIFIED |
| 282.61 | HB-SS DISEASE WITHOUT CRISIS |
| 282.62 | HB-SS DISEASE WITH CRISIS |
| 282.63 | SICKLE-CELL/HB-C DISEASE WITHOUT CRISIS |
| 282.64 | SICKLE-CELL/HB C DISEASE WITH CRISIS |
| 282.68 | OTHER SICKLE-CELL DISEASE WITHOUT CRISIS |
| 282.69 | OTHER SICKLE-CELL DISEASE WITH CRISIS |
| 340 | MULTIPLE SCLEROSIS |
| 348.2 | BENIGN INTRACRANIAL HYPERTENSION |
| 360.21 | PROGRESSIVE HIGH (DEGENERATIVE) MYOPIA |
| 361.10 | RETINOSCHISIS UNSPECIFIED |
| 361.11 | FLAT RETINOSCHISIS |
| 361.12 | BULLOUS RETINOSCHISIS |

| | |
|---|---|
| 361.13 | PRIMARY RETINAL CYSTS |
| 361.14 | SECONDARY RETINAL CYSTS |
| 361.19 | OTHER RETINOSCHISIS AND RETINAL CYSTS |
| 361.2 | SEROUS RETINAL DETACH |
| 362.01 | BACKGROUND DIABETIC RETINOPATHY |
| 362.02 | PROLIFERATIVE DIABETIC RETINOPATHY |
| 362.03 | NONPROLIFERATIVE DIABETIC RETINOPATHY NOS |
| 362.04 | MILD NONPROLIFERATIVE DIABETIC RETINOPATHY |
| 362.05 | MODERATE NONPROLIFERATIVE DIABETIC RETINOPATHY |
| 362.06 | SEVERE NONPROLIFERATIVE DIABETIC RETINOPATHY |
| 362.07 | DIABETIC MACULAR EDEMA |
| 362.11 | HYPERTENSIVE RETINOPATHY |
| 362.12 | EXUDATIVE RETINOPATHY |
| 362.14 | RETINAL MICROANEURYSMS NOS |
| 362.15 | RETINAL TELANGIECTASIA |
| 362.16 | RETINAL NEOVASCULARIZATION NOS |
| 362.17 | OTHER INTRARETINAL MICROVASCULAR ABNORMALITIES |
| 362.18 | RETINAL VASCULITIS |
| 362.29 | OTHER NONDIABETIC PROLIFERATIVE RETINOPATHY |
| 362.30 | RETINAL VASCULAR OCCLUSION UNSPECIFIED |
| 362.31 | CENTRAL RETINAL ARTERY OCCLUSION |
| 362.32 | RETINAL ARTERIAL BRANCH OCCLUSION |
| 362.34 | TRANSIENT RETINAL ARTERIAL OCCLUSION |
| 362.35 | CENTRAL RETINAL VEIN OCCLUSION |
| 362.36 | VENOUS TRIBUTARY (BRANCH) OCCLUSION OF RETINA |
| 362.37 | VENOUS ENGORGEMENT OF RETINA |
| 362.41 | CENTRAL SEROUS RETINOPATHY |
| 362.42 | SEROUS DETACH OF RETINAL PIGMENT EPITHELIUM |
| 362.43 | HEMORRHAGIC DETACH OF RETINAL PIGMENT EPITHELIUM |
| 362.50 | MACULAR DEGENERATION (SENILE) OF RETINA UNSPECIFIED |
| 362.51 | NONEXUDATIVE SENILE MACULAR DEGENERATION OF RETINA |
| 362.52 | EXUDATIVE SENILE MACULAR DEGENERATION OF RETINA |
| 362.53 | CYSTOID MACULAR DEGENERATION OF RETINA |
| 362.54 | MACULAR CYST HOLE OR PSEUDOHOLE OF RETINA |
| 362.55 | TOXIC MACULOPATHY OF RETINA |

Case 2:13-cv-03772-DMG-MRW   Document 100   Filed 09/05/17   Page 52 of 60   Page ID #:814

| | |
|---|---|
| 362.56 | MACULAR PUCKERING OF RETINA |
| 362.74 | PIGMENTARY RETINAL DYSTROPHY |
| 362.75 | OTHER DYSTROPHIES PRIMARILY INVOLVING THE SENSORY RETINA |
| 362.76 | DYSTROPHIES PRIMARILY INVOLVING THE RETINAL PIGMENT EPITHELIUM |
| 362.77 | RETINAL DYSTROPHIES PRIMARILY INVOLVING BRUCH'S MEMBRANE |
| 362.81 | RETINAL HEMORRHAGE |
| 362.83 | RETINAL EDEMA |
| 362.84 | RETINAL ISCHEMIA |
| 363.00 | FOCAL CHORIORETINITIS UNSPECIFIED |
| 363.01 | FOCAL CHOROIDITIS AND CHORIORETINITIS JUXTAPAPILLARY |
| 363.03 | FOCAL CHOROIDITIS AND CHORIORETINITIS OF OTHER POSTERIOR POLE |
| 363.04 | FOCAL CHOROIDITIS AND CHORIORETINITIS PERIPHERAL |
| 363.05 | FOCAL RETINITIS AND RETINOCHOROIDITIS JUXTAPAPILLARY |
| 363.06 | FOCAL RETINITIS AND RETINOCHOROIDITIS MACULAR OR PARAMACULAR |
| 363.07 | FOCAL RETINITIS AND RETINOCHOROIDITIS OF OTHER POSTERIOR POLE |
| 363.08 | FOCAL RETINITIS AND RETINOCHOROIDITIS PERIPHERAL |
| 363.11 | DISSEMINATED CHOROIDITIS AND CHORIORETINITIS POSTERIOR POLE |
| 363.12 | DISSEMINATED CHOROIDITIS AND CHORIORETINITIS PERIPHERAL |
| 363.13 | DISSEMINATED CHOROIDITIS AND CHORIORETINITIS GENERALIZED |
| 363.14 | DISSEMINATED RETINITIS AND RETINOCHOROIDITIS METASTATIC |
| 363.15 | DISSEMINATED RETINITIS AND RETINOCHOROIDITIS PIGMENT EPITHELIOPATHY |
| 363.20 | CHORIORETINITIS UNSPECIFIED |
| 363.21 | PARS PLANITIS |
| 363.22 | HARADA'S DISEASE |
| 363.31 | SOLAR RETINOPATHY |
| 363.43 | ANGIOID STREAKS OF CHOROID |
| 363.55 | CHOROIDEREMIA |
| 363.56 | OTHER DIFFUSE OR GENERALIZED DYSTROPHY OF CHOROID PARTIAL |
| 363.63 | CHOROIDAL RUPTURE |

| 363.71 | SEROUS CHOROIDAL DETACH |
|--------|--------------------------|
| 363.72 | HEMORRHAGIC CHOROIDAL DETACH |
| 377.00 | PAPILLEDEMA UNSPECIFIED |
| 377.21 | DRUSEN OF OPTIC DISC |
| 377.22 | CRATER-LIKE HOLES OF OPTIC DISC |
| 377.24 | PSEUDOPAPILLEDEMA |
| 377.31 | OPTIC PAPILLITIS |
| 377.41 | ISCHEMIC OPTIC NEUROPATHY |
| 714.0 | RHEUMATOID ARTHRITIS |
| 743.58 | VASCULAR ANOMALIES CONGENITAL |

ICD-9-CM Codes For Indocyanine Green Angiography (92240)

| 362.16 | RETINAL NEOVASCULARIZATION NOS |
|--------|--------------------------------|
| 362.17 | OTHER INTRARETINAL MICROVASCULAR ABNORMALITIES |
| 362.41 | CENTRAL SEROUS RETINOPATHY |
| 362.42 | SEROUS DETACH OF RETINAL PIGMENT EPITHELIUM |
| 362.43 | HEMORRHAGIC DETACH OF RETINAL PIGMENT EPITHELIUM |
| 362.52 | EXUDATIVE SENILE MACULAR DEGENERATION OF RETINA |
| 362.81 | RETINAL HEMORRHAGE |
| 363.11 | DISSEMINATED CHOROIDITIS AND CHORIORETINITIS POSTERIOR POLE |
| 363.12 | DISSEMINATED CHOROIDITIS AND CHORIORETINITIS PERIPHERAL |
| 363.13 | DISSEMINATED CHOROIDITIS AND CHORIORETINITIS GENERALIZED |
| 363.14 | DISSEMINATED RETINITIS AND RETINOCHOROIDITIS METASTATIC |
| 363.8 | OTHER DISORDERS OF CHOROID |

**Diagnoses that Support Medical Necessity**

Not applicable

**ICD-9 Codes that DO NOT Support Medical Necessity**

Use of any ICD-9-CM code not listed in the "ICD-9-CM Codes that Support Medical Necessity" section of this LCD will be denied. In addition, the following ICD-9 CM codes are specifically listed as not supporting medical necessity for emphasis for underlined indocyanine green angiography, and to avoid any provider errors.

| 362.01 | BACKGROUND DIABETIC RETINOPATHY |
|--------|----------------------------------|
| 362.03 | NONPROLIFERATIVE DIABETIC RETINOPATHY NOS |
| 362.04 | MILD NONPROLIFERATIVE DIABETIC RETINOPATHY |

Case 2:13-cv-03772-DMG-MRW   Document 100   Filed 09/05/17   Page 54 of 60   Page ID #:816

| 362.05 | MODERATE NONPROLIFERATIVE DIABETIC RETINOPATHY |
| 362.06 | SEVERE NONPROLIFERATIVE DIABETIC RETINOPATHY |
| 362.07 | DIABETIC MACULAR EDEMA |
| 362.10 | BACKGROUND RETINOPATHY UNSPECIFIED |

**ICD-9 Codes that DO NOT Support Medical Necessity Asterisk Explanation**

**Diagnoses that DO NOT Support Medical Necessity**

Not applicable

## General Information

### Documentation Requirements

The patient's medical record must contain documentation that fully supports the medical necessity for fluorescein and indocyanine green angiography as it is covered by Medicare. (See "Indications and Limitations of Coverage.") This documentation includes, but is not limited to, relevant medical history, physical examination, and results of pertinent diagnostic tests or procedures.

Copies of fluorescein and indocyanine green angiograms (photographic or digital) must be retained in the patient's medical records. An interpretation and report of the test must also be included, in addition to the photographs themselves.

The medical record should include documentation of one of the following when indocyanine green angiography is performed:

- Evidence of ill-defined subretinal neovascular membrane or suspicious membrane on previous fluorescein angiography
- Retinal pigment epithelium (RPE) does not show subretinal neovascular membrane on current fluorescein angiography
- Presence of subretinal hemorrhage or hemorrhagic retinal pigment epithelium. A fluorescein angiography need not have been done previously.

Evidence of medical necessity must be documented in the medical record for each eye.

Documentation, including photos, must be available to Medicare upon request.

### Appendices

Not applicable

### Utilization Guidelines

Fluorescein angiography is considered medically necessary no more than nine (9) times per eye in 365

Case 2:13-cv-03772-DMG-MRW Document 100 Filed 09/05/17 Page 55 of 60 Page ID #:817

days. Claims exceeding this frequency will be suspended and reviewed for medical necessity.

Indocyanine green angiography is considered medically necessary no more than nine (9) times per eye in 365 days. Claims exceeding this frequency will be suspended and reviewed for medical necessity.

Fluorescein angiography performed within 30 days of indocyanine green angiography will be denied as not medically necessary, unless there is documentation in the patient's medical record of co-existing diseases such as age-related macular degeneration or diabetes.

## Sources of Information and Basis for Decision

This bibliography presents those sources that were obtained during the development of this policy. National Government Services is not responsible for the continuing viability of Web site addresses listed below.

Arevalo JF, Fuenmayor-Rivera D, Giral AE, Murcia E. Inflammation of the posterior uvea: findings on fundus fluorescein and indocyanine green angiography. *Ocul Immunol Inflamm.* 2006;14(3):171-9.

Bakri SJ, Sculley LA, Sing AD. Imaging techniques for uveal melanoma. *Int Ophthalmol Clin.* 2006;46(1):1-13. Available from: http://gateway.ut.ovid.com.proxy.medlib.iupui.edu/qw2/ovidweb.cgi. Accessed November 15, 2006.

Battaglia PM, Da Pozzo S, Ravalico G. Angiographic pattern of recurrent choroidal neovascularization in age-related macular degeneration. *Eye.* 2004;18(7):685-90.

Bennett T. Fundamentals of fluorescein angiography indications and uses Ophthalmic Photographers Society. Available from: http://www.opsweb.org/OpPhoto/Angio/FA/FA3.html Accessed on 4/6/2007.

Bischoff P, Helbig H, Niederberger H, Torok B. Simultaneous ICG- and fluorescein-angiography for fundus examination. *Klin Monatsbl Augenheilkd.* 2000;216(2):120-5. German.

Bischoff PM, Niederberger HJ, Torok B, Speiser P. Simultaneous indocyanine green and fluorescein angiography. *Retina.* 1995;15(2):91-9.

Bottoini FG, Aandekerk AL, Deutman AF. Clinical application of digital indocyanine green videoangiography in senile macular degeneration. *Graefes Arch Clin Exp Ophthalmol.* 1994;232(8):458-68.

Bouchenaki N, Cimino L, Auer C, Tao Tran V, Herbort CP. Assessment and classification of choroidal vasculitis in posterior uveitis using indocyanine green angiography. *Klin Monatsbl Augenheilkd.* 2002;219(4):243-9.

Carrier Medical Director Ophthalmology Clinical Workgroup.

Cimino L, Auer C, Herbort CP. Indocyanine green videoangiography of multifocal Cryptococcus neoformans choroiditis in a patient with acquired immunodeficiency syndrome. *Retina.* 2001;21(5):537-41.

Coscas G, Coscas F, Soubrane G. Monitoring the patient after treatment: angiographic aspects of recurrence and indications for retreatment. *J Fr Ophthalmol.* 2004;27(1):81-92. French.

Dyer DS, Brant AM, Schachat AP, Bressler SB, Bressler NM. Angiographic features and outcome of questionable recurrent choroidal neovascularization. *Am J Ophthalmol.* 1995;120(4):497-505.

Case 2:13-cv-03772-DMG-MRW   Document 100   Filed 09/05/17   Page 56 of 60   Page ID #:818

Guyer D. *Principles of Indocyanine-Green Angiography, Retina Vitreous-Macula*. W.B.Saunders. 1999;chapter 3:39-46.

Helbig H, Niederberger H, Valmaggia C, Bischoff P. Simultaneous fluorescein and indocyanine green angiography for exudative macular degeneration. *Klin Monatsbl Augenheilkd*. 2005;222(3):202-5.

Jampol, Lee M. Hypertension and Visual Outcome in the Macular Photocoagulation Study. *Arch Ophthalmol*. 1991;109(6):789-790.

Khairallah M, Ben Yahiak S, Attia S, et al. Indocyanine green angiographic features in multifocal chorioretinitis associated with West Nile virus infection. *Retina*. 2006;26(3):358-9.

Kramer M, Mimouni K, Priel E, Yassur Y, Weinberger D. Comparison of fluorescein angiography and indocyanine green angiography for imaging of choroidal neovascularization in hemorrhagic age-related macular degeneration. *Am J Ophthalmol*. 2000;129(4):495-500.

Mandava N. *Principles of Fluorescein Angiography, Retina Vitreous-Macula*. W.B.Saunders. 1999;chapter 4:29-38.

Mayfeild J. Who cares about the quality of diabetes care? Almost everyone! *Clin Diabetes* 1998;16(4).Available at: http://journal.diabetes.org/clinicaldiabetes/v16n41998/Mayfield.htm. Accessed July 21, 2006.

National Guideline Clearinghouse. Age-related macular degeneration. Limited revision. www.guideline.gov. Accessed July 21, 2006.

National Guideline Clearinghouse. Care of the patient with retinal detachment and related peripheral vitreoretinal disease. Available at: www.guideline.gov. Accessed July 21, 2006.

No authors listed. Laser photocoagulation of subfoveal neovascular lesions of age-related macular degeneration. Updated findings from two clinical trials. Macular Photocoagulation Study Group. *Arch Ophthalmol*. 1993;111(9):1200-9.

No authors listed. Persistent and recurrent neovascularization after krypton laser photocoagulation for neovascular lesions of age-related macular degeneration. Macular Photocoagulation Study Group. *Arch Ophthalmol*. 1990;108(6):825-31.

No authors listed. Persistent and recurrent neovascularization after krypton laser photocoagulation for neovascular lesions of ocular histoplasmosis. Macular Photocoagulation Study Group. *Arch Ophthalmol*. 1989;107(3):344-52.

No authors listed, Recurrent choroidal neovascularization after argon laser photocoagulation for neovascular maculopathy. Macular Photocoagulation Study Group. *Arch Ophthalmol*. 1986;104(4):503-12.

Obana A, Gohto Y, Matsumoto M, Miki T, Nishiguti K. Indocyanine green angiographic features prognostic of visual outcome in the natural course of patients with age related macular degeneration. *British Journal of Ophthalmology*. 1999;83:429-437.

Other carrier policy (Empire Medical Services [effective 01/01/2006] L2170 R1). Available at: http://www.cms.hhs.gov/mcd/results.asp?show=all&t=200647152649. Accessed December 7, 2006.

Other carrier policy (First Coast Service Options [effective 10/01/2005] L1223 R3). Available at: http://www.cms.hhs.gov/mcd/results.asp?show=all&t=200647152649. Accessed July 21, 2006.

Other carrier policy (WPS [effective 10/01/2006] L17998 R9). Available at:
http://www.cms.hhs.gov/mcd/results.asp?show=all&t=200647152649. Accessed December 7, 2006.

Other carrier policy (WPS [effective 10/01/2006] L17997 R6). Available at:
http://www.cms.hhs.gov/mcd/results.asp?show=all&t=200647152649. Accessed July 21, 2006.

Other carrier policy: Riverbend Government Benefits Administrator Local Coverage Determination
Indocyanine Green Angiography (#L1244). Accessed July 21, 2006.

Other carrier policy: Wheatlands Administrative Services Local Coverage Determination Indocyanine
Green Angiography and Angioscopy (#L22232). Accessed July 21, 2006.

Pece A, Sannace C, Menchini U, et al. Fluorescein angiography and indocyanine green angiography for
identifying occult choroidal neovascularization in age-related macular degeneration. *Eur J Ophthalmol.*
2005;15(6):759-63.

Regillo CD, Blade KA, Custis PH, O'Connell SR. Evaluating persistent and recurrent choroidal
neovascularization: The role of indocyanine green angiography. *Ophthalmology* 1998;105:1821-1826.

Regillo CD, Benson WE, Maguire JI, Annesley WH Jr. Indocyanine green angiography and occult
choroidal neovascularization. *Ophthalmology.* 1994;101(2):280-8.

Reichel E, Duker JS, Puliafito CA. Indocyanine green angiography and choroidal neovascularization
obscured by hemorrhage. *Ophthalmology.* 1995;102:1871-1876.

Risk Factors for Neovascular Age-Related Macular Degeneration. The Eye Disease Case-Control Study
Group, 1992. *Arch Ophthalmology.* 1992;110.

Sing RP, Young LH. Diagnostic tests for posterior segment inflammation. *Int Ophthalmol Clin.*
2006;46(2):195-208. Available at http://gateway.ut.ovid.com.proxy.medlib.iupui.edu/qw2/ovidweb.cgi.
Accessed November 15, 2006.

Slakter JS, Giovannini A, Yannuzzi LA, et al. Indocyanine green angiography of multifocal choroiditis.
*Ophthalmology.* 1997;104(11):1813-9.

Stanga PE, Lim JI, Hamilton P. Indocyanine green angiography in chorioretinal diseases: indications and
interpretation: an evidence-based update. *Ophthalmology.* 2003;110(1):15-21; quiz 22-3. Review

Sykes SO, Bressler NM, Maguire MG, Schachat AP, Bressler SB. Detecting recurrent choroidal
neovascularization. Comparison of clinical examination with and without fluorescein angiography. *Arch
Ophthalmol.* 1994;112(12):1561-6.

The Ophthalmic Photographers' Society web page. (May 30, 2006). Fundamentals of fluorescein
angiography indications and uses. Available at http://www.opsweb.org/Op-Photo/Angio/FA/FA#.htm.
Accessed July 21, 2006.

Vadala M, Lodato G. Cillino S. Multifocal choroiditis: indocyanine green angiographic features.
*Ophthalmologica.* 2001;215(1):16-21.

Van Liefferinge T, Sallet G, De Laey JJ. Indocyanine green angiography in cases of inflammatory
chorioretinopathy. *Bull Soc Belge Ophtalmol.* 1995;257:73-81.

Watzke RC, Klein ML, Hiner CJ, Chan BK, Kraemer DF. A comparison of stereoscopic fluorescein

Case 2:13-cv-03772-DMG-MRW   Document 100   Filed 09/05/17   Page 58 of 60   Page ID #:820

angiography with indocyanine videoangiography in age-related macular degeneration. *Ophthalmology.* 2000;107:1601-1606.

Wolf S, Kirchof B, Reim M. The Ocular Fundus: *From Findings to Diagnosis.* Georg Thieme Verlag. 2006:11-13.

**Advisory Committee Meeting Notes**

Carrier Advisory Committee Meeting Date(s):

06/13/2007 - New York/New Jersey
06/25/2007 – Indiana
06/28/2007 - Kentucky

This coverage determination does not reflect the sole opinion of the contractor or contractor medical director. Although the final decision rests with the contractor, this determination is developed in consultation with representatives from Advisory Committee members, including those representing ophthalmology and optometry, and/or from various state and local provider organizations.

Any Carrier Advisory Committee (CAC) related information, including Start Date and End Date of Comment Period, reflects the last time this LCD passed through the Comment and Notice process. Formal comment is not required for LCDs being adopted as part of the MAC transition.

**Start Date of Comment Period**

06/01/2007

**End Date of Comment Period**

07/16/2007

**Start Date of Notice Period**

03/01/2010

**Revision History Number**

**(R4)**

**Revision History Explanation**

**R4 (effective 03/01/2010): Annual LCD review per CMS Program Integrity Manual, Chapter 13, Section 13.4[C]. The entire policy was reviewed. No changes required other than for minor formatting. No comment and notice periods required and none given.**

R3(effective 03/01/2009): Source of revision – external: Reconsideration request from the Connecticut State Medical Society. ICD-9-CM codes 362.17, 362.29, 363.11, 363.12, 363.13, 363.14 and 743.58 added as payable diagnoses for fluorescein angiography; choroiditis added to the list of Indications for indocyanine green angiography. No comment and notice periods required and none given.

11/14/2008 - In accordance with Section 911 of the Medicare Modernization Act of 2003, fiscal

intermediary number 00308 is removed from this LCD. Effective on this date, claims processing for Delaware is performed by Highmark Medicare Services, the Part A/Part B MAC contractor for this state, and the claims processing for New York and Connecticut is performed by National Government Services under the J-13 MAC contract; carrier number 00805 is removed, and claims processing for New Jersey is performed by Highmark Medicare Services, the Part A/Part B MAC contractor for this state.

(R2)(effective 10/01/2008): Source of revision – Internal: Annual ICD-9-CM update: added codes 249.50 and 249.51 as payable for CPT code 92235.

(R1)This revised LCD is effective for all National Government Services jurisdictions on July 18, 2008 with these exceptions: for Connecticut – Part B the LCD is effective on August 1, 2008; for Upstate New York – Part B, the LCD is effective on September 1, 2008; and for New York and Connecticut – Part A, the LCD is effective on November 14, 2008. For New York – Part A (contract 00308), the content of this LCD is currently in effect but the LCD will be transferred to the J-13 contract number 13201 on November 14, 2008.

This LCD was revised to add the Jurisdiction 13 (J-13) MAC contractor numbers.

The CMS Statement of Work for the J13 Medicare Administrative Contract (MAC) requires that the contractor retain the most clinically appropriate LCD within the jurisdiction. This NGS policy is being promulgated to the J13 MAC as the most clinically appropriate LCD within that jurisdiction.

The NGS roster of LCDs has been developed under the combined experience of seven Medicare contractor medical directors. The criteria for inclusion in this roster includes areas of identified CERT errors, especially repetitive errors; high volume/high dollar/pervasive problems; patient safety issues; potential for automation; beneficiary access to new technology; implementation of NCD; narrative medical necessity parameters for medical review and provider education; and CMS/law enforcement mandates.

NGS LCDs have undergone an advice and comment process from the providers in 23 states. This advice and comment process, the most comprehensive among all Medicare contractors, has ensured that NGS policies have benefited from the most in-depth and scientifically rigorous scrutiny. The NGS policy development process has resulted in the most clinically appropriate LCDs for providers and Medicare beneficiaries.

05/15/2009 - In accordance with Section 911 of the Medicare Modernization Act of 2003, fiscal intermediary numbers 00180 and 00181 were removed from this LCD as the claims processing for Maine and Massachusetts was transitioned to NHIC, the Part A/Part B MAC contractor in these states.

06/05/2009 - In accordance with Section 911 of the Medicare Modernization Act of 2003, fiscal intermediary number 00270 was removed from this LCD as the claims processing for New Hampshire and Vermont was transitioned to NHIC, the Part A/Part B MAC contractor in these states.


**Reason for Change**

Maintenance (annual review with new changes, formatting, etc.)


**Last Reviewed On Date**

03/01/2010


**Related Documents**

Case 2:13-cv-03772-DMG-MRW   Document 100   Filed 09/05/17   Page 60 of 60   Page ID #:822

**Article(s)**

A44526 - Ophthalmic Angiography (Fluorescein and Indocyanine Green) – Supplemental Instructions

**LCD Attachments**

Ophthalmic Angiography (Fluorescein and Indocyanine Green) - Comment and Response (117,562 bytes)