UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-3772-DMG (MRWx) | Date | September 27, 2018 |
| Title | United States of America et al v. Tom S. Chang, et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS – ORDER DENYING NELSON HARDIMAN LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS TOM S. CHANG, M.D., TOM S. CHANG, M.D., INC., MICHAEL A. SAMUEL, M.D., MICHAEL J. DAVIS, M.D., BRETT BRAUN, RETINA INSTITUTE OF CALIFORNIA MEDICAL GROUP, CALIFORNIA EYE AND EAR SPECIALISTS, AND SAN GABRIEL AMBULATORY SURGERY CENTER [120] AS MOOT**

On September 24, 2018, the Court granted Defendants' request for approval of substitution of counsel. [Doc. # 132.] Nelson Hardiman LLP's Motion to Withdraw as Counsel of Record for Defendants Tom S. Chang, M.D., Tom S. Chang, M.D., Inc., Michael A. Samuel, M.D., Michael J. Davis, M.D., Brett Braun, Retina Institute of California Medical Group, California Eye and Ear Specialists, and San Gabriel Ambulatory Surgery Center [Doc. # 120] is hereby DENIED as moot.  The October 5, 2018 hearing is VACACTED.