# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-3772 DMG (MRWx) | Date | May 29, 2019 |
|---|---|---|---|
| Title | USA v. Tom Chang | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **ORDER RE: MOTION FOR SANCTIONS**

Plaintiff's informed the clerk that the parties reached an agreement on settlement. The motion set for June 5, 2019 at 9:30 a.m. is withdrawn and taken off calendar.