Kolin C. Tang (SBN 279834)
Shepherd, Finkelman, Miller & Shah, LLP
1401 Dove Street, Suite 540
Newport Beach, CA 92660
Phone: (323) 510-4060
Fax: (866) 300-7367
Email: ktang@sfmslaw.com

*Attorneys for Plaintiffs-Relators*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, *ex rel* BOBBETTE A. SMITH and SUSAN C. ROGERS,<br><br>Plaintiffs,<br><br>v.<br><br>TOM S. CHANG, M.D., TOM S. CHANG, M.D., INC., MICHAEL A. SAMUEL, M.D., MICHAEL J. DAVIS, M.D., RETINA INSTITUTE OF CALIFORNIA MEDICAL GROUP, CALIFORNIA EYE AND EAR SPECIALISTS, BRETT BRAUN and SAN GABRIEL AMBULATORY SURGERY CENTER LP,<br><br>Defendants. | CASE NO.:  2:13-cv-3772-DMG (MRWx)<br><br>**PLAINTIFFS-RELATORS' NOTICE OF SETTLEMENT** |

1. Relators hereby inform the Court that the parties have reached a settlement of this matter and are in the process of obtaining the necessary consents and approvals from the United States of America and the State of California. The parties therefore request that the Court take the pretrial conference and the trial in this matter off calendar and set a Case Management Conference for thirty (30) days.

Dated: August 13, 2019              Respectfully submitted,

                                    */s/ Monique Olivier*
                                    Monique Olivier
                                    Attorneys for Relators

James E. Miller
Laurie Rubinow
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com
lrubinow@sfmslaw.com

Monique Olivier
Olivier Schreiber & Chao, LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: 415.484.0980
monique@osclegal.com

Chiharu G. Sekino
Jaclyn Reinhart
Shepherd, Finkelman, Miller & Shah, LLP
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367
Email: csekino@sfmslaw.com
jreinhart@sfmslaw.com

- 3 -

1  *Attorneys for Plaintiffs-Relators*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28