**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, *ex rel* BOBBETTE A. SMITH and SUSAN C. ROGERS,<br><br>Plaintiffs,<br><br>v.<br><br>TOM S. CHANG, M.D., TOM S. CHANG, M.D., INC., MICHAEL A. SAMUEL, M.D., MICHAEL J. DAVIS, M.D., RETINA INSTITUTE OF CALIFORNIA MEDICAL GROUP, CALIFORNIA EYE AND EAR SPECIALISTS, BRETT BRAUN and SAN GABRIEL AMBULATORY SURGERY CENTER LP,<br><br>Defendants. | Case No.: CV 13-3772-DMG (MRWx)<br><br>**ORDER RE DISMISSAL OF ACTION [181]** |

Having considered the parties' Stipulation of Dismissal, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed as follows:

1. With prejudice to the United States and California only as to the "Covered Conduct" as defined in the Settlement Agreement;

2. Without prejudice to the United States and California as to all remaining allegations that are not "Covered Conduct" as defined in the Settlement Agreement; and

3. With prejudice to Relators as to all allegations in this action.

DATED: October 16, 2019

Dolly M. Gee

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE